IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASSAM NABULSI, AND HIS WIFE, RIMA NABULSI, <br><br> Plaintiffs, <br><br> v. <br><br> H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, H.H. SHEIKH NASSER BIN ZAYED AL NAHYAN, H.H. SHEIKH SAIF BIN ZAYED AL NAHYAN, H.H. SHEIKH ABDULLAH BIN ZAYED AL NAHYAN, H.H. SHEIKH MOHAMMED BIN ZAYED AL NAHYAN, and THE PARTNERSHIP OF THE ROYAL FAMILY BIN ZAYED AL NAHYAN, <br><br> Defendants. | CIVIL ACTION NO. 4:06-cv-2683 |

### NOTICE OF OPPOSITION

Defendant H.H. Sheikh Mohammed bin Zayed Al Nahyan ("Sheikh Mohammed") files this notice of opposition to Plaintiffs' Motion for Alternative Service Pursuant to Federal Rule of Civil Procedure 4(f)(3), filed on May 3, 2007.

Due to an apparent miscommunication, Plaintiffs' counsel characterized this motion as "unopposed" on the basis of a conversation between counsel in early April 2007, nearly a month before Plaintiffs' motion was filed. Counsel for Sheikh Mohammed was not provided and did not see a copy of the motion Plaintiffs intended to file before it was filed. Plaintiffs' motion contains allegations and seeks relief directly relating to Sheikh Mohammed that Sheikh Mohammed does in fact oppose. Sheikh Mohammed therefore intends to respond to the motion within the period of time allotted by the Local Rules.

                                              Respectfully submitted,

                                              /s/ B. Daryl Bristow
                                              B. Daryl Bristow
                                              State Bar No. 03020000
                                              S.D. Tex. Bar No. 4122
                                              Baker Botts L.L.P.
                                              One Shell Plaza
                                              910 Louisiana
                                              Houston, Texas 77002
                                              Telephone: 713.229.1400
                                              Facsimile:  713.229.2800

                                              ATTORNEY-IN-CHARGE FOR
                                              DEFENDANT H.H. SHEIK MOHAMMED
                                              BIN ZAYED AL NAHYAN

OF COUNSEL:

BAKER BOTTS L.L.P.
Michael B. Bennett
State Bar No. 00796196
S.D. Tex. Bar No. 21828
Timothy C. Shelby
State Bar No. 24037482
S.D. Tex. Bar No. 39044
Jennifer H. Kingaard
State Bar No. 24048593
S.D. Tex. Bar No. 589455
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile:  713.229.1522

## CERTIFICATE OF SERVICE

On the 4th day of May, 2007, I forwarded a true and correct copy of the foregoing document to all counsel of record by certified mail, return receipt requested, as follows:

Mr. Robert D. Green
Robert D. Green & Associates, P.C.
440 Louisiana Street, Suite 1930
Houston, Texas   77002

/s/ Michael B. Bennett
Michael B. Bennett