IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASSAM NABULSI, AND HIS WIFE, RIMA NABULSI, § § § | | |
| Plaintiffs § | | |
| V. § | | |
| H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, H.H. SHEIKH NASSER BIN ZAYED AL NAHYAN, H.H. SHEIKH SAIF BIN ZAYED AL NAHYAN, H.H. SHEIKH ABDULLAH BIN ZAYED AL NAHYAN, H.H. SHEIKH MOHAMMED BIN ZAYED AL NAHYAN, AND THE PARTNERSHIP OF THE ROYAL FAMILY BIN ZAYED AL NAHYAN, § § § § § § § § § § § | | CIVIL ACTION NO. H-06-2683 JURY |
| Defendants. § | | |

## PLAINTIFFS' DESIGNATION OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE SIMEON LAKE:

Plaintiffs Bassam Nabulsi, and his wife, Rima Nabulsi, present this their Designation of Additional Counsel, and respectfully show the Court the following:

Plaintiffs hereby designate as additional counsel of record:

> Alexander B. Klein, III
> State Bar No. 11556250
> J. Todd Trombley
> State Bar No. 24004192
> THE KLEIN LAW FIRM
> 2000 The Lyric Centre
> 440 Louisiana Street
> Houston, Texas 77002
> Telephone:    (713) 650-1111
> Facsimile:    (713) 227-1121

Pursuant to Texas Rule of Civil Procedure 8, Robert D. Green remains the attorney in charge for Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray the Court acknowledge the designation of additional counsel, and for such other and further relief to which they may show themselves to be justly entitled.

    Respectfully submitted,

    **ROBERT D. GREEN & ASSOCIATES, P.C.**

    _____
    Robert D. Green
    State Bar No. 08368025
    440 Louisiana Street, Suite 1930
    Houston, Texas  77002
    Telephone:    (713) 654-9222
    Facsimile:     (713) 654-2155

    - and -

    **THE KLEIN LAW FIRM**

    Alexander B. Klein, III
    State Bar No. 11556250
    J. Todd Trombley
    State Bar No. 24004192
    Myriam K. Legge
    State Bar No. 00784404
    2000 The Lyric Centre
    440 Louisiana Street
    Houston, Texas  77002
    Telephone:    (713) 650-1111
    Facsimile:     (713) 227-1121

    ATTORNEYS FOR PLAINTIFFS, BASSAM NABULSI, AND HIS WIFE, RIMA NABULSI

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record or party via hand delivery, electronic transmission, certified mail, return receipt requested or telecopier, in accordance with the Federal Rules of Civil Procedure on this _____ day of May, 2007, as follows:

B. Daryl Bristow  
Baker Botts, L.L.P.  
One Shell Plaza  
910 Louisiana Street  
Houston, Texas 77002  
*Attorney in Charge for H.H. Sheikh Mohammed Bin Zayed Al Nahyan*

_____  
J. Todd Trombley