IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASSAM NABULSI, AND HIS WIFE, RIMA NABULSI, <br><br> Plaintiffs, <br><br> v. <br><br> H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, H.H. SHEIKH NASSER BIN ZAYED AL NAHYAN, H.H. SHEIKH SAIF BIN ZAYED AL NAHYAN, H.H. SHEIKH ABDULLAH BIN ZAYED AL NAHYAN, H.H. SHEIKH MOHAMMED BIN ZAYED AL NAHYAN, and THE PARTNERSHIP OF THE ROYAL FAMILY BIN ZAYED AL NAHYAN, <br><br> Defendants. | CIVIL ACTION NO. 4:06-cv-2683 |

**NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

Defendant H.H. Sheikh Mohammed bin Zayed Al Nahyan ("Sheikh Mohammed") files this notice of opposition to Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery, filed on Friday, May 18, 2007 [Docket #25].

Plaintiffs' counsel attempted to contact counsel for Sheikh Mohammed after normal business hours on Friday, May 18, 2007 to confer with counsel for Sheikh Mohammed concerning his opposition to the motion. Having failed to reach counsel for Sheikh Mohammed directly, Plaintiffs' counsel indicated in a voicemail that, as he was unable to reach counsel at the time of his call, he would so inform the Court in a certificate of conference appended to Plaintiffs' motion.

Sheikh Mohammed hereby notifies the court that he opposes the relief requested by Plaintiffs' motion for leave to conduct jurisdictional discovery. Sheikh Mohammed will file a response to the motion on or before June 11, 2007.

Respectfully submitted,

/s/ B. Daryl Bristow
B. Daryl Bristow
State Bar No. 03020000
S.D. Tex. Bar No. 4122
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1400
Facsimile:  713.229.2800

ATTORNEY-IN-CHARGE FOR
DEFENDANT H.H. SHEIK MOHAMMED
BIN ZAYED AL NAHYAN

OF COUNSEL:

BAKER BOTTS L.L.P.
Michael B. Bennett
State Bar No. 00796196
S.D. Tex. Bar No. 21828
Timothy C. Shelby
State Bar No. 24037482
S.D. Tex. Bar No. 39044
Jennifer H. Kingaard
State Bar No. 24048593
S.D. Tex. Bar No. 589455
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile:  713.229.1522

## CERTIFICATE OF SERVICE

On the 22nd day of May, 2007, I forwarded a true and correct copy of the foregoing document to all counsel of record by certified mail, return receipt requested, as follows:

Mr. Robert D. Green
Robert D. Green & Associates, P.C.
440 Louisiana Street, Suite 1930
Houston, Texas 77002

/s/ Michael B. Bennett
Michael B. Bennett