# THE KLEIN LAW FIRM

| | | |
|---|---|---|
| **ALEXANDER B. KLEIN III**<br>BOARD CERTIFIED<br>PERSONAL INJURY TRIAL LAW<br>TEXAS BOARD OF LEGAL<br>SPECIALIZATION<br><br>ALSO LICENSED IN COLORADO | 2000 THE LYRIC CENTRE<br>440 LOUISIANA<br>HOUSTON, TEXAS 77002<br>(713) 650-1111<br>FACSIMILE (713) 227-1121 | **J. TODD TROMBLEY**<br><br>**MYRIAM K. LEGGE**<br>OF COUNSEL |

June 20, 2007

Mr. Michael Milby                                                                 *Via Electronic Filing*
United States District Clerk
515 Rusk Street, Room 1217
Houston, Texas 77002

      Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Milby:

    Enclosed please find the following for filing in the above-referenced matter:

    1.    Letter to The Honorable Sim Lake regarding filing a reply to Defendant's most recent briefing.

    Please place your file stamp on the extra copy and return with the courier. All counsel of record have been notified pursuant to the Texas Rules of Civil Procedure.

    Thank you for your attention to this matter.

                                                                  Yours very truly,

                                                                   Jimi L. Spicer
                                                                   Legal Assistant to
                                                                   J. Todd Trombley

JTT:jls

    cc:    Mr. B. Daryl Bristow                                *Via Facsimile No. (713) 229-2800*
              Mr. Robert D. Green                                 *Via Facsimile No. (713) 654-2155*

# THE KLEIN LAW FIRM

| | | |
|---|---|---|
| **ALEXANDER B. KLEIN III**<br>BOARD CERTIFIED<br>PERSONAL INJURY TRIAL LAW<br>TEXAS BOARD OF LEGAL<br>SPECIALIZATION<br><br>ALSO LICENSED IN COLORADO | 2000 THE LYRIC CENTRE<br>440 LOUISIANA<br>HOUSTON, TEXAS 77002<br>(713) 650-1111<br>FACSIMILE (713) 227-1121 | **J. TODD TROMBLEY**<br>———————<br>**MYRIAM K. LEGGE**<br>OF COUNSEL |

June 19, 2007

The Honorable Sim Lake  *Via Hand Delivery*
515 Rusk Street, Room 9B
Houston, Texas 77002

Re: Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Judge Lake:

Plaintiffs will be filing a short reply to several of the issues raised in the most recent briefing by Defendant H.H. Sheikh Mohammed Bin Zayed Al Nahyan. Plaintiffs contacted Heather in your office to determine whether leave was necessary to file the reply briefing and she stated no leave was necessary. However, Heather informed Plaintiffs that the materials needed to be submitted by Friday, June 22, 2007 for them to be considered by the Court. To this end, plaintiffs will provide the court with the reply briefing by Friday, June 22, 2007.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jls

cc: Mr. B. Daryl Bristow  *Via Facsimile No. (713) 229-2800*
    Mr. Robert D. Green   *Via Facsimile No. (713) 654-2155*