# THE KLEIN LAW FIRM

| | | |
|---|---|---|
| **ALEXANDER B. KLEIN III**<br>BOARD CERTIFIED<br>PERSONAL INJURY TRIAL LAW<br>TEXAS BOARD OF LEGAL<br>SPECIALIZATION<br><br>ALSO LICENSED IN COLORADO | 2000 THE LYRIC CENTRE<br>440 LOUISIANA<br>HOUSTON, TEXAS 77002<br>(713) 650-1111<br>FACSIMILE (713) 227-1121 | **J. TODD TROMBLEY**<br><br>**MYRIAM K. LEGGE**<br>OF COUNSEL |

June 22, 2007

Mr. Michael Milby                                                                                       *Via Electronic Filing*
United States District Clerk
515 Rusk Street, Room 1217
Houston, Texas 77002

Re:   Civil Action No. 4:06-CV-2683; ***Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan***; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Milby:

Enclosed please find the following for filing in the above-referenced matter:

1.   **Letter to The Honorable Sim Lake regarding filing a reply to Defendant's most recent briefing.**

Please place your file stamp on the extra copy and return with the courier. All counsel of record have been notified pursuant to the Texas Rules of Civil Procedure.

Thank you for your attention to this matter.

                                                                        Yours very truly,

                                                                        *[signature]*
                                                                        Jimi L. Spicer
                                                                        Legal Assistant to
                                                                        J. Todd Trombley

JTT:jls

cc:   Mr. B. Daryl Bristow                                           *Via Facsimile No. (713) 229-2800*
       Mr. Robert D. Green                                           *Via Facsimile No. (713) 654-2155*

# THE KLEIN LAW FIRM

| | | |
|---|---|---|
| **ALEXANDER B. KLEIN III**<br>BOARD CERTIFIED<br>PERSONAL INJURY TRIAL LAW<br>TEXAS BOARD OF LEGAL<br>SPECIALIZATION<br><br>ALSO LICENSED IN COLORADO | 2000 THE LYRIC CENTRE<br>440 LOUISIANA<br>HOUSTON, TEXAS 77002<br>(713) 650-1111<br>FACSIMILE (713) 227-1121 | **J. TODD TROMBLEY**<br><br>**MYRIAM K. LEGGE**<br>OF COUNSEL |

June 22, 2007

The Honorable Sim Lake *Via Hand Delivery*
515 Rusk Street, Room 9B
Houston, Texas 77002

Re: Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Judge Lake:

Plaintiffs contacted the Court this morning for approval to file our brief on Monday, June 25, 2007 and was granted approval by Heather. To this end, plaintiffs will provide the court with the reply briefing by Monday, June 25, 2007.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jls

cc: Mr. B. Daryl Bristow *Via Facsimile No. (713) 229-2800*
    Mr. Robert D. Green *Via Facsimile No. (713) 654-2155*