IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASSAM NABULSI, et al.,<br>Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION H-06-2683 |
| | § § § | |
| H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, et al.,<br>Defendants. | § § § | |

ORDER

The parties in the above-styled case are hereby directed to appear for scheduling conference on:

August 1, 2008, at 2:00 P.M.,

in Courtroom No. 9B, 9th Floor, 515 Rusk, Houston, Texas.

The Joint Discovery Case Management Plan is due by July 25, 2008.

The Court may address any pending motions and set the case for trial at this time.

Counsel are to deliver to chambers a copy of any instrument filed within seven days of the scheduling conference with a notation of the scheduling conference setting.

To insure full notice to all current parties, each party who receives this Order shall forward a copy of it to every other party irrespective of whether they apparently were sent one by the Court.

SIGNED at Houston, Texas, this 27th day of June, 2008.

SIM LAKE
UNITED STATES DISTRICT JUDGE