IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASSAM NABULSI, AND HIS WIFE, § <br> RIMA NABULSI, § <br>  § <br> **Plaintiffs** § <br>  § <br> V. § <br>  § <br> H.H. SHEIKH ISSA BIN ZAYED AL § <br> NAHYAN, H.H. SHEIKH NASSER BIN § <br> ZAYED AL NAHYAN, H.H. SHEIKH § <br> SAIF BIN ZAYED AL NAHYAN, H.H. § <br> SHEIKH MOHAMMED BIN ZAYED § <br> AL NAHYAN, AND THE PARTNERSHIP § <br> OF THE ROYAL FAMILY BIN ZAYED § <br> AL NAHYAN, § <br>  § <br> **Defendants.** § | CIVIL ACTION NO. H-06-02683 <br> (JURY TRIAL REQUESTED) |

## ORDER OF PARTIAL NONSUIT

On this day came on to be considered Plaintiffs' Notice of Partial Nonsuit of Defendants H.H. Sheikh Nasser Bin Zayed Al Nahyan H.H. Sheikh Saif Bin Zayed Al Nayhan, H.H. Sheikh Adbulla Bin Zayed Al Nahyan, and The Partnership of the Royal Family Bin Zayed Al Nahyan, only. Having considered Plaintiffs' notice, the Court orders that Plaintiffs claims against Defendants H.H. Sheikh Nasser Bin Zayed Al Nahyan H.H. Sheikh Saif Bin Zayed Al Nayhan, H.H. Sheikh Adbulla Bin Zayed Al Nahyan, and The Partnership of the Royal Family Bin Zayed Al Nahyan, only, are hereby DISMISSED.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE