IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASSAM NABULSI and RIMA NABULSI, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-02683 |
| H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING
## DEFENDANT H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN'S UNOPPOSED
## MOTION TO EXCEED PAGE LIMITATIONS IN HIS MOTION TO DISMISS

On this day the Court considered Defendant H.H. Sheikh Issa Bin Zayed Al Nahyan's Unopposed Motion to Exceed Page Limitations in His Motion to Dismiss. The Court hereby **GRANTS** the Motion and will allow Defendant H.H. Sheikh Issa Bin Zayed Al Nahyan to file his Motion to Dismiss in excess of the Court's 25-page limit.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED and the clerk of the Court shall file Defendant's Motion to Dismiss, which is in excess of the Court's 25-page limit.

SIGNED this the __11th__ day of __August__, 2008.

_____
JUDGE PRESIDING