# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Bassam Nabulsi, et al.

                              Plaintiff

v.                                                  Case No.: 4:06–cv–02683

                                                                 Judge Sim Lake

Sheikh Issa Bin Zayed Al Nahyan, et al.

                              Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sim Lake

**PLACE:**
Courtroom 9B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/29/08

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Extension of Time – #63

Date:   August 20, 2008

                                                                        Michael N. Milby, Clerk