Cause Number __H-06-2683__

Style _Bassam Nabulsi v. H.H. Sheikh Issa Bin Zayed Al-Nahyan, et al._

Appearances:
Counsel:                                Representing:

__Tony Buzbee__                         __Plaintiff__

__Alistair Dawson__                     __Defendant__

Date:   August 29, 2008                 Reporter:  __Malone__

                                        Law Clerk:  J. West

Time:   ____/____ a.m.
        2:00/2:15 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

[63] Defendant's Motion for Extension to Serve Objections, Docket Entry No. 63, is GRANTED as stated on the record.

Discovery responses shall be filed by September 26, 2008.

Plaintiff shall respond to defendant's motion by Dec. 19, 2008. Defendant's reply shall be filed by Jan. 20, 2009.

The Clerk will file the Minutes and Order and provide copies to the parties.

_/s/ Sim Lake_
Sim Lake
United States District Judge