IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASSAM NABULSI and RIMA NABULSI, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. H-06-02683 |
| H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, | § § § § | |
| Defendant. | § § | |

**DEFENDANT H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN'S
RESPONSE TO PLAINTIFF'S MOTION TO QUASH DEPOSITIONS
OF BASSAM NABULSI AND RIMA NABULSI**

Defendant Sheikh Issa Bin Zayed Al Nahyan ("Sheikh Issa") files this response to Plaintiffs' Motion to Quash Depositions of Bassam Nabulsi and Rima Nabulsi. In support of this Response, Sheikh Issa would show the Court as follows:

1.

Plaintiffs' motion should be denied as moot. Plaintiffs' motion was filed prematurely and needlessly. Sheikh Issa sent deposition notices for the Plaintiffs to their counsel. In the cover letter that accompanied the notices, counsel for the Defendant clearly stated that if the dates identified were not convenient, to please provide Defendant's counsel with alternative dates. Counsel for Plaintiffs immediately wrote back and informed Defendant's counsel that the dates were not convenient and suggested dates in November and demanded that we agree to the suggested dates. Before Defendant's counsel could even respond, Plaintiffs filed this

1233.00001/416181.1

unnecessary motion.  Because Sheikh Issa will agree to alternative dates in November[1] for the

Plaintiffs' deposition, this motion should be denied as moot.  Perhaps next time Plaintiffs will

give the Defendant the opportunity to respond before filing needless motions with the Court.

2.

WHEREFORE, PREMISES CONSIDERED, Defendant H.H. Sheikh Issa Bin Zayed Al

Nahyan respectfully requests that Plaintiffs' motion be denied.  Defendants also request that

Defendants be awarded any and all further relief, in law or in equity, to which they may be justly

entitled.

Respectfully submitted,

BECK, REDDEN & SECREST, L.L.P.


By:   /s/ Alistair B. Dawson_____
        Alistair B. Dawson
        State Bar No. 05596100
        S.D. Tex. Bar No. 12864
1221 McKinney Street, Suite 4500
Houston, Texas  77010-2010
Telephone:   (713) 951-3700
Telecopier:   (713) 951-3720

**ATTORNEY-IN-CHARGE FOR DEFENDANT
H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN**

---

[1] Sheikh Issa has sent amended deposition notices scheduling the depositions on November 13 and 14, 2008.

2

1233.00001/416181.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon all counsel of record on October 7, 2008, in accordance with the Federal Rules of Civil Procedure.


*/s/ Alistair B. Dawson*
Alistair B. Dawson

1233.00001/416181.1