AO 435 (Rev. 03/08)
Administrative Office of the United States Courts

# TRANSCRIPT ORDER

Please Read Instructions:

**FOR COURT USE ONLY**
DUE DATE:

1. NAME: Alex Roberts / Lisa Veem
2. PHONE NUMBER: 713 951 6228
3. DATE: 11·14·08
4. MAILING ADDRESS: 1221 McKinney Suite 4500
5. CITY: Houston
6. STATE: TX
7. ZIP CODE: 77010
8. CASE NUMBER: H-06-02683
9. JUDGE: Sim Lake
10. FROM: 11/3/08
11. TO: 11/3/08
12. CASE NAME: Nabulsi v. H.H. Sheikh
13. CITY: Houston
14. STATE: TX

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Hearing on 11/3/08 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | please rush. will pay all necessary charges | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]
19. DATE:

ESTIMATE TOTAL:

[x] EMAIL ONLY REQUIRED
[x] EMAIL AND HARD COPY REQUIRED
[ ] EMAIL ADDRESS: lveem@brsfirm.com

20. TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

United States Courts
Southern District of Texas
FILED
NOV 17 2008
Michael N. Milby, Clerk

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11·17·08 | 11·17·08 | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

2:13 PM