IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASSAM NABULSI, and His Wife, RIMA NABULSI, <br><br> Plaintiffs <br><br> v. <br><br> H.H. SHEIKH ISSA BIN ZAYED AL NAHYAN, et al., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> C.A. NO. H-06-02683 |

## ORDER

Defendant's Motion for Sanctions is DENIED.

SIGNED, at Houston, Texas, on the 10th day of December, 2008.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE