# EXHIBIT A

## SUMMARY OF ISSA CHARGES TO U.S. VENDORS

|    | Date | Vendor | Amount | Bates No. |
|----|------|--------|--------|-----------|
| 1  | 03/07/2001 | Best Buy, Houston | $274.61 | DEF00056 |
| 2  | 03/07/2001 | Dillard's, Houston | $629.47 | DEF00056 |
| 3  | 03/07/2001 | Dillard's, Houston | $1,498.67 | DEF00056 |
| 4  | 03/07/2001 | Dillard's, Houston | $155.22 | DEF00056 |
| 5  | 03/07/2001 | Dillard's, Houston | $1,065.72 | DEF00056 |
| 6  | 04/19/2001 | Porsche Design 2, Beverly Hills | $875.00 | DEF00054 |
| 7  | 04/25/2001 | Plaza Medical Center, Houston | $363.64 | DEF00054 |
| 8  | 04/26/2001 | Plaza Medical Center, Houston | $871.69 | DEF00054 |
| 9  | 04/27/2001 | Ammo Dump, Houston | $6,005.50 | DEF00054 |
| 10 | 04/27/2001 | Plaza Medical Center, Houston | $1,198.16 | DEF00054 |
| 11 | 04/30/2001 | Beverly Hills Rent a Car, Los Angeles | $184.54 | DEF00054 |
| 12 | 05/02/2001 | Plaza Medical Center | $41.56 | DEF00054 |
| 13 | 05/04/2001 | Bernini Sport, Los Angeles | $6,048.00 | DEF00055 |
| 14 | 05/04/2001 | Canyon Beachwear, Los Angeles | $3,995.98 | DEF00055 |
| 15 | 05/04/2001 | Canyon Beachwear, Los Angeles | $30.24 | DEF00055 |
| 16 | 05/04/2001 | Everything But Water, Los Angeles | $962.28 | DEF00055 |
| 17 | 05/04/2001 | Shaya, Los Angeles | $11,477.70 | DEF00055 |
| 18 | 05/04/2001 | Sunglasses Hut, Los Angeles | $436.29 | DEF00055 |
| 19 | 05/04/2001 | Sunglasses Hut, Los Angeles | $80.98 | DEF00055 |
| 20 | 05/04/2001 | Turtle Beach, Los Angeles | $1,956.90 | DEF00055 |
| 21 | 05/05/2001 | Ritz Camera, Los Angeles | $97.17 | DEF00055 |
| 22 | 05/07/2001 | AJ World Travel, Houston | $3,200.00 | DEF00055 |
| 23 | 05/07/2001 | Four Seasons, Los Angeles | $175.00 | DEF00055 |
| 24 | 06/01/2001 | Porsche Design 2, | $358.80 | DEF00052 |

| | Date | Vendor | Amount | Bates No. |
|---|---|---|---|---|
| | | Beverly Hills | | |
| 25 | 06/17/2001 | Clippinger Chevrolet | $150,000.00 | DEF00060 |
| 26 | 06/18/2001 | AOL Online Service | $239.40 | DEF00052 |
| 27 | 06/27/2001 | Beverly Hills Rent a Car | $345.00 | DEF00053 |
| 28 | 09/01/2001 | Sundance Catalog | $32.00 | DEF00051 |
| 29 | 09/06/2001 | Ammo Dump, Houston | $19,735.90 | DEF00051 |
| 30 | 09/06/2001 | Medical Z Corp, San Antonio | $399.74 | DEF00051 |
| 31 | 10/09/2001 | Ammo Dump, Houston | $19,735.90 | DEF00050 |
| 32 | 10/15/2001 | Arwady Sales/Ammo Dump, Houston | $4,900.00 | DEF00050 |
| 33 | 10/16/2001 | Arwady Sales/Ammo Dump, Houston | $4,900.00 | DEF00050 |
| 34 | 10/17/2001 | Arwady Sales/Ammo Dump, Houston | $4,850.00 | DEF00050 |
| 35 | 11/19/2001 | Arwady Sales/Ammo Dump, Houston | $2,085.90 | DEF00087 |
| 36 | 11/19/2001 | Arwady Sales/Ammo Dump, Houston | $3,000.00 | DEF00087 |
| 37 | 11/27/2001 | Plaza Medical Center Pharmacy, Houston | $248.56 | DEF00087 |
| 38 | 11/28/2001 | Bulldog Postal | $43.39 | DEF00087 |
| 39 | 12/29/2001 | Armani, Houston | $385.56 | DEF00049 |
| 40 | 01/02/2002 | E'toile, Houston | $1,178.85 | DEF00084 |
| 41 | 01/10/2002 | Plaza Medical, Houston | $453.72 | DEF00084 |
| 42 | 01/11/2002 | Arwady Sales/Ammo Dump, Houston | $13,342.89 | DEF00084 |
| 43 | 01/11/2002 | Four Seasons, Houston | $179.53 | DEF00084 |
| 44 | 01/17/2002 | Arwady Sales/Ammo Dump, Houston | $2,214.60 | DEF00086 , 83 |

|    | Date | Vendor | Amount | Bates No. |
|----|------|--------|--------|-----------|
| 45 | 01/17/2002 | Jimmy Tours, Houston | $1,312.95 | DEF00126 |
| 46 | 01/29/2002 | Arwady Sales/Ammo Dump, Houston | $977.87 | DEF00083 |
| 47 | 02/14/2002 | Skyphone Airplane, Omaha | $18.79 | DEF00048 |
| 48 | 02/14/2002 | Skyphone Airplane, Omaha | $6.47 | DEF00048 |
| 49 | 02/14/2002 | Skyphone Airplane, Omaha | $7.31 | DEF00048 |
| 50 | 02/14/2002 | Skyphone Airplane, Omaha | $6.33 | DEF00048 |
| 51 | 02/14/2002 | Skyphone Airplane, Omaha | $6.33 | DEF00048 |
| 52 | 02/14/2002 | Skyphone Airplane, Omaha | $6.47 | DEF00048 |
| 53 | 02/14/2002 | Skyphone Airplane, Omaha | $5.49 | DEF00048 |
| 54 | 02/14/2002 | Skyphone Airplane, Omaha | $5.35 | DEF00048 |
| 55 | 08/16/2002 | Agent Fee, Houston | $30.00 | DEF00081 |
| 56 | 08/16/2002 | Agent Fee, Houston | $30.00 | DEF00081 |
| 57 | 08/16/2002 | Continental Airlines, Houston | $1,080.43 | DEF00081 |
| 58 | 08/16/2002 | Continental Airlines, Houston | $1080.43 | DEF00081 |
| 59 | 08/19/2002 | Delta Air, Houston | $153.50 | DEF00082 |
| 60 | 08/22/2002 | Tavero Jet Charter, Houston | $1,693.62 | DEF00082 |
| 61 | 08/22/2002 | Tavero Jet Charter, Houston | $11,960.00 | DEF00082 |
| 62 | 08/26/2002 | Exxon Mobil, Houston | $670.93 | DEF00082 |
| 63 | 09/07/2002 | Arwady Sales/Ammo Dump | $776.03 | DEF00081 |
| 64 | 09/07/2002 | Four Seasons, Houston | $1,842.74 | DEF00081 |
| 65 | 09/20/2002 | Bulldog Postal, Houston | $173.02 | DEF00080 |
| 66 | 10/02/2002 | AICA, Inc., Minnesota | $65,650.00 | DEF00324 |
| 67 | 10/02/2002 | Deutsche Bank, | $65,850.00 | DEF00088 |

| | Date | Vendor | Amount | Bates No. |
|---|---|---|---|---|
| | | New York | | |
| 68 | 10/23/2002 | Exxon Mobil, Houston | $900.00 | DEF00079 |
| 69 | 10/23/2002 | Exxon Mobil, Houston | $723.00 | DEF00079 |
| 70 | 10/28/2002 | Plaza Medical Center, Houston | $693.44 | DEF00079 |
| 71 | 11/01/2002 | Bulldog Postal | $368.41 | DEF00079 |
| 72 | 12/17/2002 | Plaza Medical Center, Houston | $391.35 | DEF00078 |
| 73 | 12/20/2002 | Bulldog Postal | $75.58 | DEF00078 |
| 74 | 01/15/2003 | Quality Feed and Garden, Houston | $317.90 | DEF00077 |
| 75 | 01/22/2003 | Houston Express Travel | $320.00 | DEF00132 |
| 76 | 01/23/2003 | Plaza Medical Center, Houston | $85.98 | DEF00077 |
| 77 | 01/24/2003 | Intl Air Consolidators, Houston | $320.00 | DEF00077 |
| 78 | 02/4/2003 | Bulldog Postal, Houston | $78.25 | DEF00077 |
| 79 | 02/4/2003 | Plaza Medical Center, Houston | $296.22 | DEF00077 |
| 80 | 02/19/2003 | Quality Feed and Garden, Houston | $3,179.00 | DEF00076 |
| 81 | 03/4/2003 | Houston Express Travel | $3,293.90 | DEF00144 |
| 82 | 03/12/2003 | Intl Air Consolidators, Houston | $1,575.00 | DEF00076 |
| 83 | 04/14/2003 | Bulldog Postal, Houston | $60.47 | DEF00075 |
| 84 | 04/30/2003 | Plaza Medical Center, Houston | $597.23 | DEF00074 |
| 85 | 05/02/2003 | Park Plaza Medical Center, Houston | $12.99 | DEF00074 |
| 86 | 05/08/2003 | Bulldog Postal, Houston | $61.19 | DEF00074 |
| 87 | 05/16/2003 | Bulldog Postal, Houston | $54.01 | DEF00073 |
| 88 | 05/16/2003 | Plaza Medical Center, Houston | $956.18 | DEF00073 |
| 89 | 05/29/2003 | Chevron, Houston | $189.38 | DEF00073 |
| 90 | 05/29/2003 | Plaza Medical | $75.58 | DEF00073 |

| | Date | Vendor | Amount | Bates No. |
|---|---|---|---|---|
| | | Center, Houston | | |
| 91 | 05/30/2003 | Bulldog Postal, Houston | $84.89 | DEF00073 |
| 92 | 07/17/2003 | Agent Fee, Gulf Travel | $35.00 | DEF00068 |
| 93 | 07/17/2003 | Agent Fee, Gulf Travel | $35.00 | DEF00068 |
| 94 | 07/17/2003 | Agent Fee, Gulf Travel | $35.00 | DEF00068 |
| 95 | 07/17/2003 | Agent Fee, Gulf Travel | $35.00 | DEF00068 |
| 96 | 07/17/2003 | Agent Fee, Gulf Travel | $35.00 | DEF00070 |
| 97 | 07/17/2003 | Continental Airlines, Houston | $2,140.23 | DEF00068 |
| 98 | 07/17/2003 | Continental Airlines, Houston | $2,140.23 | DEF00068 |
| 99 | 07/17/2003 | Continental Airlines, Houston | $2,140.23 | DEF00068 |
| 100 | 07/17/2003 | Continental Airlines, Houston | $2,140.23 | DEF00068 |
| 101 | 07/17/2003 | Continental Airlines, Houston | $2,140.23 | DEF00070 |
| 102 | 07/17/2003 | Gogo Vacation Packages | $4,267.00 | DEF00070 |
| 103 | 07/20/2003 | VZAIR, Oak Brook, Illinois | $13.47 | DEF00070 |
| 104 | 07/20/2003 | VZAir, Oak Brook, Illinois | $13.47 | DEF00070 |
| 105 | 07/20/2003 | VZAIR, Oak Brook, Illinois | $8.98 | DEF00070 |
| 106 | 07/21/2003 | Agent Fee, Gulf Travel | $40.00 | DEF00070 |
| 107 | 07/21/2003 | Continental Airlines, Houston | $766.48 | DEF00070 |
| | 07/21/2003 | Gogo Vacation Packages | ($2,327.00) | DEF00070 |
| 108 | 07/26/2003 | Agent Fee, Gulf Travel | $40.00 | DEF00072 |
| 109 | 07/26/2003 | Agent Fee, Gulf Travel | $40.00 | DEF00072 |
| 110 | 07/26/2003 | Agent Fee, Gulf Travel | $40.00 | DEF00072 |
| 111 | 07/26/2003 | Agent Fee, Gulf Travel | $40.00 | DEF00072 |

| | Date | Vendor | Amount | Bates No. |
|---|---|---|---|---|
| 112 | 07/26/2003 | Continental Airlines, Houston | $2,050.50 | DEF00069 |
| 113 | 07/26/2003 | Continental Airlines, Houston | $2,300.50 | DEF00072 |
| 114 | 07/26/2003 | Continental Airlines, Houston | $2,050.00 | DEF00072 |
| 115 | 07/26/2003 | Continental Airlines, Houston | $2,050.00 | DEF00072 |
| 116 | 07/26/2003 | Continental Airlines, Houston | $2,050.00 | DEF00072 |
| 117 | 07/26/2003 | Continental Airlines, Houston | $2,050.00 | DEF00072 |
| 118 | 07/29/2003 | St. Lukes Medical Tower, Houston | $213.27 | DEF00069 |
| 119 | 07/30/2003 | Continental Airlines, Houston | $49.36 | DEF00071 |
| 120 | 07/30/2003 | Continental Airlines, Houston | $49.99 | DEF00071 |
| 121 | 07/30/2003 | Continental Airlines, Houston | $49.36 | DEF00071 |
| 122 | 07/30/2003 | Continental Airlines, Houston | $49.36 | DEF00071 |
| 123 | 07/30/2003 | Continental Airlines, Houston | $40.00 | DEF00071 |
| 124 | 07/30/2003 | El Torito, Beverly Hills | $47.01 | DEF00071 |
| 125 | 07/30/2003 | Prada, Beverly Hills | $346.40 | DEF00071 |
| 126 | 07/31/2003 | Prada, Beverly Hills | $22,846.16 | DEF00071 |
| | 07/31/2003 | Prada, Beverly Hills | ($22,846.16) | DEF00071 |
| 127 | 08/00/2003 | Prada Beverly Hills | $89,193.67 | DEF00093 |
| 128 | 08/00/2003 | Prada Beverly Hills | $584.55 | DEF00093 |
| | 08/00/2003 | Prada Beverly Hills | ($15,087.34) | DEF00093 |
| | 08/00/2003 | Prada, Beverly Hills | ($74,106.33) | DEF00093 |
| | 08/01/2003 | Continental Airlines, Houston | ($200.01) | DEF00068 |
| 129 | 08/27/2003 | West Covina Dodge, California | $1,349.00 | DEF00149 |
| 130 | 09/03/2003 | Interworld Services, Houston | $15,195.90 | DEF00154 |
| 131 | 09/12/2003 | West Covina Dodge, California | $391.60 | DEF 00161 |

|     | Date | Vendor | Amount | Bates No. |
|-----|------|--------|--------|-----------|
| 132 | 10/06/2003 | West Covina Dodge, California | $352.00 | DEF00163 |
| 133 | 10/06/2003 | West Covina Dodge, California | $1,245.00 | DEF00164 |
| 134 | 10/28/2003 | Bulldog Postal, Houston | $806.69 | DEF00066 |
| 135 | 11/12/2003 | Continental Airlines, Houston | $82.06 | DEF00065 |
| 136 | 11/12/2003 | Continental Airlines, Houston | $82.06 | DEF00066 |
| 137 | 11/12/2003 | Intl Air Consolidators, Houston | $3,446.00 | DEF00065 |
| 138 | 11/24/2003 | Federal Express | $14.58 | DEF00067 |
| 139 | 12/02/2003 | St. Luke's Medical Tower, Houston | $535.70 | DE000067 |
| 140 | 12/08/2003 | Bulldog Postal, Houston | $18.00 | DEF00067 |
| 141 | 12/08/2003 | St. Luke's Medical Tower, Houston | $982.40 | DEF00067 |
| 142 | 01/06/2004 | St. Luke's Medical Tower, Houston | $682.40 | DEF00064 |
| 143 | 01/07/2004 | St. Luke's Medical Tower, Houston | $53.05 | DEF00064 |
| 144 | 01/09/2004 | Bulldog Postal, Houston | $103.89 | DEF00064 |
| 145 | 01/09/2004 | St. Luke's Medical Tower, Houston | $462.25 | DEF00064 |
| 146 | 01/14/2004 | St. Luke's Medical Tower, Houston | $71.90 | DEF00063 |
| 147 | 02/06/2004 | Bulldog Postal, Houston | $12.00 | DEF00063 |
| 148 | 02/07/2004 | Agent Fee, Gulf Travel | $40.00 | DEF00063 |
| 149 | 02/07/2004 | Delta Air, Houston | $399.70 | DEF00063 |
| 150 | 04/22/2004 | St. Luke's Medical Tower, Houston | $1,886.41 | DEF00062 |
| 151 | 04/23/2004 | Bulldog Postal, Houston | $122.33 | DEF00062 |
| 152 | 09/02/2004 | Lmad Elroz, Houston | $726.60 | DEF00191 |
| 153 | 10/18/2004 | Intl Air Consolidators, Houston | $1,250.00 | DEF00061 |
| 154 | 10/19/2004 | Gulf Air, Houston | $1,750.00 | DEF00061 |

7

|  | Date | Vendor | Amount | Bates No. |
|---|---|---|---|---|
| 155 | 10/20/2004 | Four Seasons, Houston | $56.05 | DEF00061 |
| 156 | 11/12/2004 | Marshall Radio Telemetry, Salt Lake City | $8,520.00 | DEF00061 |
|  | **TOTAL:** |  | $506,544.48 |  |

كشف حساب بطاقة الماستركارد / فيزا
**Statement of MasterCard/Visa Card Account**

**Abu Dhabi Commercial Bank**
بنك أبوظبي التجاري

| | |
|---|---|
| رقم البطاقة Card Number | |
| تاريخ الفاتورة Billing Date | 20/02/02 |
| حدود الائتمان Credit Limit | AED |

SHAIKH ISSA B'Z AL NAHYAN
P.O.BOX 1223

AL AIN                    Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS,
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الاشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO: | |
| | | | SKYPHONE AIRPLANE PHONE DATA | |
| | | | USD    18.79 | |
| | | | SKYPHONE AIRPLANE PHONE DATA | |
| | | | USD     6.47 | |
| | | | SKYPHONE AIRPLANE PHONE DATA | |
| | | | USD     7.31 | |
| | | | SKYPHONE AIRPLANE PHONE DATA | |
| | | | USD     6.33 | |
| | | | USD     6.33 | |
| | | | SKYPHONE AIRPLANE PHONE DATA | |
| | | | USD     6.47 | |
| | | | SKYPHONE AIRPLANE PHONE DATA | |
| | | | USD     5.49 | |
| | | | USD     5.35 | |

| خيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقاً Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/03/02 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومقارنتها في حالة وجود أي اختلاف وذلك خلال ٣٠ يوماً
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH, AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

| رقم البطاقة Card Number | ..... |
|---|---|
| تاريخ الفاتورة Billing Date | 20/02/02 |
| الحد الأدنى المستحق للسداد Minimum Payment Due | AED |
| اكتب المبلغ الذي تود دفعه Write in the amount of your payment | AED |

يرجى إرجاع هذا الجزء مع المبلغ الذي تود دفعه
RETURN THIS PORTION WITH YOUR PAYMENT

CONFIDENTIAL                    DEF 00048

REDACTED

كشف حساب بطاقة الماستركارد/ فيزا
**Statement of MasterCard/Visa Card Account**

رقم البطاقة
**Card Number**

تاريخ الفاتورة
**Billing Date**    20/01/02

حدود الائتمان
**Credit Limit**    AED

بنك أبوظبي التجاري
**Abu Dhabi Commercial Bank**

REDA⋯ED

SHAIKH ISSA B Z AL NAHYAN
P.O.BOX 1223

AL AIN              Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS,
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الاشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO: | |
| 02/01/02 | 29/12/01 | IO020622 | EMPORIO ARMANI HOUSTON HOUSTON | 385.56 |
| | | | USD   105.00 | |

| خيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقا Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/02/02 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومعارضتها مع سجلاتكم واخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٣٠ يوما
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH,AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

رقم البطاقة
**Card Number**

تاريخ الفاتورة
**Billing Date**    20/01/02

الحد الأدنى المستحق للسداد
**Minimum Payment Due**    AED

اكتب المبلغ الذي دفعه
**Write in the amount
of your payment**    AED

يرجى إرجاع هذا الجزء مع المبلغ الذي دود دفعه
**RETURN THIS PORTION WITH YOUR PAYMENT**

CONFIDENTIAL            DEF 00049

كشف حساب بطاقة الماستركارد / فيزا
**Statement of MasterCard/Visa Card Account**

بنك أبوظبي التجاري
**Abu Dhabi Commercial Bank**

| | |
|---|---|
| رقم البطاقة **Card Number** | |
| تاريخ الفاتورة **Billing Date** | 20/10/01 |
| حدود الائتمان **Credit Limit** | AED |

SHAIKH ISSA B Z AL NAHYAN
P.O.BOX 1223

AL AIN                 Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS,
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الإشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO: | |
| 13/10/01 | 09/10/01 | 1268027 | ARVAD PUMP                HOUSTON | |
| | | | USD    19,735.90 | |
| 14/10/01 | 10/10/01 | 1268025 | ARVAD SALES  ARVAD PUMP      HOUSTON | |
| | | | USD    4,900.00 | |
| 20/10/01 | 17/10/01 | 1268007 | ARVAD SALES  ARVAD PUMP HOUSTON | |
| | | | USD    4,900.00 | |
| 20/10/01 | 17/10/01 | 1268007 | ARVAD SALES  ARVAD PUMP HOUSTON | |
| | | | USD    4,850.00 | |

REDACTED

| خيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقا Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/11/01 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومقارنتها مع سجلاتكم وإخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٢٠ يوما
Please verify the transactions shown in this statement against your own record and notify your branch within 20 days in the event of any discrepancy

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH,AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

| | |
|---|---|
| رقم البطاقة **Card Number** | |
| تاريخ الفاتورة **Billing Date** | 20/10/01 |
| الحد الأدنى المستحق للسداد **Minimum Payment Due** | AED |
| اكتب المبلغ الذي تود دفعه **Write in the amount of your payment** | AED |

يرجى إرجاع هذا الجزء مع المبلغ الذي تود دفعه
**RETURN THIS PORTION WITH YOUR PAYMENT**

CONFIDENTIAL                    DEF 00050

كشف حساب بطاقة الماستركارد / فيزا
**Statement of MasterCard/Visa Card Account**

بنك أبـوظبــي التجـــاري
**Abu Dhabi Commercial Bank**

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date    20/09/01

حدود الائتمان
Credit Limit    AED

SHAIKH ISSA B Z AL NAHYAN
P.O.BOX .1223

AL AIN              Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS,
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

**REDACTED**

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الاشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO: | |
| | | | SUNDANCE CAT... | |
| | | | USD  32.00 | |
| | | | ...AL CORP | |
| | | | USD  399.74 | |
| | | | ...HOUSTON | |
| | | | USD  19,735.90 | |

| سيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقا Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/10/01 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومقارنتها مع سجلاتكم واخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٣٠ يوما
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH,AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date    20/09/01

الحد الأدنى المستحق للسداد
Minimum Payment Due    AED

اكتب المبلغ الذي تود دفعه
Write in the amount
of your payment    AED

يرجى إرجاع هذا الجزء مع المبلغ الذي تود دفعه
RETURN THIS PORTION WITH YOUR PAYMENT

CONFIDENTIAL          DEF 00051

كشف حساب بطاقة الماستركارد / فيزا
Statement of MasterCard/Visa Card Account

بنك أبوظبي التجاري
**Abu Dhabi Commercial Bank**

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date          20/06/01

حدود الائتمان
Credit Limit          AED

SHAIKH ISSA B Z AL NAHYAN
P.O.BOX 1223

AL AIN                    Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444582 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS,
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الاشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO: | |
| 19/06/01 | 04/06/01 | 15062973 | PORSCHE DESIGN 2    BEVERLY H | 1321.01 |
| | | | USD    358.80 | |
| 19/06/01 | 13/06/01 | 15100915 | AOL ONLINE SERVICE 800/827 6799 | 908.22 |
| | | | USD    239.40 | |

| خيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقاً Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/07/01 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومقارنتها مع سجلاتكم واخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٣٠ يوماً
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH,AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000                    CONFIDENTIAL

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date          20/06/01

الحد الأدنى المستحق للسداد
Minimum Payment Due          AED

اكتب المبلغ الذي تود دفعه
Write in the amount
of your payment          AED

يرجى إرجاع هذا الجزء مع المبلغ الذي تود دفعه
RETURN THIS PORTION WITH YOUR PAYMENT

DEF 00052

**Abu Dhabi Commercial Bank**
بنك أبوظبي التجاري

كشف حساب بطاقة الماستركارد / فيزا
Statement of MasterCard/Visa Card Account

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date     20/07/01

حدود الائتمان
Credit Limit     AED

SHAIKH ISSA B Z AL NAHYAN
P.O.BOX 1223

AL AIN                    Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS;
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

REDACTED

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الأشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO: | |
| | | | EVERYTHING'S 1 REAL A/C LOS ANGELES | |
| | | | USD    345.00 | |

| خيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقاً Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/08/01 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومعارضتها مع سجلاتكم واخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٣٠ يوماً
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH, AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

| رقم البطاقة Card Number | |
|---|---|
| تاريخ الفاتورة Billing Date | 20/07/01 |
| الحد الأدنى المستحق للسداد Minimum Payment Due | AED |
| اكتب المبلغ الذي تود دفعه Write in the amount of your payment | AED |

يرجى إرجاع هذا الجزء مع المبلغ الذي تود دفعه
RETURN THIS PORTION WITH YOUR PAYMENT

CONFIDENTIAL                              DEF 00053

كشف حساب بطاقة الماستركارد/ فيزا
Statement of MasterCard/Visa Card Account

بنك أبوظبي التجاري
**Abu Dhabi Commercial Bank**

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date     20/05/01

حدود الائتمان
Credit Limit     AED

SHAIKH ISSA B Z AL NAHYAN
P.O.BOX 1223

AL AIN                    Br: 51

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS.
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

| تاريخ القيد Posting Date | تاريخ المعاملة Trans Date | رقم الإشارة Reference No | تفاصيل المعاملة Transaction Description | المبلغ بالدرهم Dirham Amount |
|---|---|---|---|---|
| | | | CARD NO : | |
| | | | PAYMENT RECEIVED - THANK YOU | |
| 23/04/01 | 19/04/01 | I1130043 | PORSCHE DESIGN 2     BEVERLY HI | 3,246.42 |
| 28/04/01 | 25/04/01 | I1180543 | PLAZA MEDICAL CENTER P HOUSTON | 1,349.17 |
| 29/04/01 | 26/04/01 | I1190019 | PLAZA MEDICAL CENTER P HOUSTON | 3,234.14 |
| 29/04/01 | 27/04/01 | I1150311 | PLAZA MEDICAL CENTER P HOUSTON | 4,445.41 |
| 01/05/01 | 27/04/01 | I1210016 | AMMO DUMP          HOUSTON | 22,281.60 |
| 03/05/01 | 30/04/01 | I1230104 | BEVERLY HILLS RENT A C LOS ANGELE | 684.68 |
| 05/05/01 | 02/05/01 | I1251366 | PLAZA MEDICAL CENTER P HOUSTON | 154.19 |

| خيار الحد الأدنى للسداد Minimum Repayment Option | المبلغ المستحق سابقاً Past Due Amount | الحد الأدنى المستحق للسداد Minimum Payment Due | استحقاق المبلغ في أو قبل Payment due on or before |
|---|---|---|---|
| 100% | | | 05/06/01 |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومقارنتها مع سجلاتكم واخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٣٠ يوما
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

# REDACTED

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH, AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date     20/05/01

الحد الأدنى المستحق للسداد
Minimum Payment Due     AED

اكتب المبلغ الذي دود دفعه
Write in the amount
of your payment          AED

يرجى ارجاع هذا الجزء مع المبلغ الذي دود دفعه
RETURN THIS PORTION WITH YOUR PAYMENT

CONFIDENTIAL                    DEF 00054



كشف حساب بطاقة الماستركارد / فيزا
Statement of MasterCard/Visa Card Account

بنك أبوظبي التجاري
Abu Dhabi Commercial Bank

**REDACTED**

Page No : 2

رقم البطاقة
Card Number

تاريخ الفاتورة
Billing Date    20/05/01

| تاريخ القيد<br>Posting Date | تاريخ المعاملة<br>Trans Date | رقم الاشارة<br>Reference No | تفاصيل المعاملة<br>Transaction Description | المبلغ بالدرهم<br>Dirham Amount |
|---|---|---|---|---|
| 09/05/01 | 07/05/01 | I1290437 | FOUR SEASONS HOTELS LA LOS ANGELE | 649.28 |
|  |  |  | USD 177.00 |  |
| 10/05/01 | 07/05/01 | I1300003 | A  J WORLD TRAVEL     HOUSTON. | 11,872.64 |
|  |  |  | USD 3,236.00 |  |

| | | | CARD NO | |
|---|---|---|---|---|
| 09/05/01 | 04/05/01 | V128226 | BERNINI BEVERLY HILLS  LOS ANGELES | 22,189.28 |
|  |  |  | USD 6,048.00 |  |
| 09/05/01 | 04/05/01 | V128226 | EVERYTHING BUT WATER 732 LOS ANGE | 3,530.25 |
|  |  |  | USD 962.28 |  |
| 09/05/01 | 04/05/01 | V128226 | SHAW LOS ANGELES | 23,985.50 |
|  |  |  | USD 11,477.70 |  |
| 09/05/01 | 04/05/01 | V128226 | CANYON BEACHWEAR    LOS ANGELES | 14,426.94 |
|  |  |  | USD 3,995.98 |  |
| 09/05/01 | 04/05/01 | V128226 | CANYON BEACHWEAR    LOS ANGELES | 124.91 |
|  |  |  | USD 30.24 |  |
| 09/05/01 | 04/05/01 | V128226 | TURTLE BEACH  LOS ANGELES | 7,206.89 |
|  |  |  | USD 1,956.90 |  |
| 09/05/01 | 04/05/01 | V128226 | ANTHROPOLOGIE #0112 742 LOS ANGE | 360.52 |
|  |  |  | USD 97.17 |  |
| 09/05/01 | 04/05/01 | V128226 | SUNGLASS HUT 2972 LOS ANGELES | 1,612.27 |
|  |  |  | USD 436.29 |  |
| 09/05/01 | 04/05/01 | V129036 | SUNGLASS HUT 2972 LOS ANGELES | 300.15 |
|  |  |  | USD 80.96 |  |

CONFIDENTIAL                    DEF 00055

كشف حساب بطاقة الماستركارد / فيزا
**Statement of MasterCard/Visa Card Account**

بنك أبوظبي التجاري
## Abu Dhabi Commercial Bank

| | رقم البطاقة |
|---|---|
| | Card Number |
| تاريخ الفاتورة | |
| Billing Date | 20/03/01 |
| حدود الائتمان | |
| Credit Limit | AED |

ADCB CARD CENTRE CONTACT NUMBERS
ARE TEL:02-6444552 FAX:02-6448470

PLEASE CHECK YOUR BALANCE PRIOR
TO CASH WITHDRAWALS ON ATMS,
TO AVOID REJECTIONS DUE TO
INSUFFICIENT FUNDS IN YOUR CARD A/C

SHAIKH ISSA B.Z AL NAHYAN
P.O.BOX 1223

AL AIN                    Br: 51

| تاريخ القيد | تاريخ المعاملة | تاريخ الاشارة | تفاصيل المعاملة | المبلغ بالدرهم |
|---|---|---|---|---|
| Posting Date | Trans Date | Reference No | Transaction Description | Dirham Amount |
| | | | BEST BUY 00002011 HOUSTON | |
| | | | USD    274.61 | |
| | | | DILLARDS 757 HOUSTON | |
| | | | USD    629.47 | |
| | | | DILLARDS 757 HOUSTON | |
| | | | USD  1,498.67 | |
| | | | DILLARDS 775 HOUSTON | |
| | | | USD    155.22 | |
| | | | DILLARDS 775 HOUSTON | |
| | | | USD  1,065.72 | |

| خيار الحد الأدنى للسداد | المبلغ المستحق سابقا | الحد الأدنى المستحق للسداد | استحقاق المبلغ في أو قبل |
|---|---|---|---|
| Minimum Repayment Option | Past Due Amount | Minimum Payment Due | Payment due on or before |
| 100% | | | |

الرجاء مراجعة المعاملات المبينة في هذا الكشف ومعارضتها مع سجلاتكم واخطار فرعكم في حالة وجود أي اختلاف وذلك خلال ٣٠ يوما
Please verify the transactions shown in this statement against your own record and notify your branch within 30 days in the event of any discrepancy

**REDACTED**     CONFIDENTIAL

FOR ANY QUERIES/COMPLAINTS PLEASE CONTACT:
ADCB-MAIN BRANCH,AL AIN
P.O.BOX 15180
AL AIN
TEL: 7660000

| | رقم البطاقة |
|---|---|
| | Card Number |
| تاريخ الفاتورة | |
| Billing Date | 20/03/01 |
| الحد الأدنى المستحق للسداد | |
| Minimum Payment Due | AED |
| اكتب المبلغ الذي تود دفعه | |
| Write in the amount | |
| of your payment | AED |

يرجى ارجاع هذا الجزء مع المبلغ الذي تود دفعه
RETURN THIS PORTION WITH YOUR PAYMENT

DEF 00056



*Essa Bin Zayed Al Nahyan.*
*P.O.Box 464. Abu Dhabi, U.A.E.*

*Date: / / 2000*

بسم الله الرحمن الرحيم

عيسى بن زايد آل نهيان

ص ب ٤٦٤ أبو ظبي الإمارات العربية المتحدة

{ ٦٠١ / ٦١٧ }    التاريخ ٢٠٠١/٧/٨م

**UNION NATIONAL BANK**
**P.O.BOX 3865**
**ABU-DHABI . UAE**
**Attn MR Mohamad Islam**
**June 6 2001**
**Dear Mr.islam**

REDACTED

*Please transfer the amount of U$D 150.000 (one hundred*
*fifty thousand) out of my dollar accounts to the following*
*account:*
*Bank of America*
*Clippinger Chevrolet*
*Account #*
*Routing #*

**Thank you for your cooperation**

**Seikh Issa Bin Zayed Al- Nahayyan**





CONFIDENTIAL          DEF 00060



بنك الاتحاد الوطني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT – CARDS

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:  C B D (Abu Dhabi)

Statement Date:  15 November, 2004

Card No.

REDACTED

| Transaction Date | Description | | Amount | Billing Amount |
|---|---|---|---|---|
| 12 Nov 2004 | MARSHALL RADIO TELEMETRY NO SALT LAKE | (USD) | 8,520.00 | 31,919.02 |
| 18 Oct 2004 | INTL AIR CONSOLIDTRS  HOUSTON | (USD) | 1,250.00 | 4,683.45 |
| 20 Oct 2004 | FOUR SEASONS HOTELS  HOUSTON | (USD) | 56.05 | 210.00 |
| 19 Oct 2004 | GULF AIR  0721098283527  HOUSTON | (USD) | 1,750.00 | 6,556.84 |

Note:  Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

| | | | 30-Nov-04 |
|---|---|---|---|

Please tear off and return with payment

PAYMENT ADVICE

| | 15 November, 2004 | |
|---|---|---|
| STATEMENT BALANCE | STATEMENT DATE | |

021/RSG/CD/R103/BL

| | | C B D (Abu Dhabi) | | | |
|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

Please read the conditions overleaf

CONFIDENTIAL

DEF 00061



بنـك الاتحـاد الوطنـي
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:          C B D (Abu Dhabi)

Statement Date:     15 May, 2004

Card No.

# REDACTED

| Transaction Date | Description | | Amount | Billing Amount |
|---|---|---|---|---|
| 22 Apr 2004 | ST. LUKES MEDICAL TWR. HOUSTON | (USD) | 1,886.41 | 7,064.48 |
| 23 Apr 2004 | BULLDOG POSTAL HOUSTON | (USD) | 122.33 | 458.11 |

Note:   Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your
cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your
account only after the cheque is cleared.

STATEMENT BALANCE:

30-May-04

Please tear off and return with payment

15 May, 2004

# PAYMENT ADVICE

| | | C B D (Abu Dhabi) | | | |
|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL                    DEF 00062



بنك الاتحاد الوطني
**UNION NATIONAL BANK**

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:                    C B D (Abu Dhabi)

Statement Date:          15 February, 2004

Card No.

**REDACTED**

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 06 Feb 2004 | BULLDOG POSTAL  HOUSTON | (USD) | 12.00 | 44.94 |
| 07 Feb 2004 | AGENT FEE  8908133003811  GULF TRAVEL & | (USD) | 40.00 | 149.80 |
| 07 Feb 2004 | DELTA AIR  0067484423000  HOUSTON | (USD) | 399.70 | 1,496.85 |
| 14 Jan 2004 | ST. LUKES MEDICAL TWR.  HOUSTON | (USD) | 71.90 | 269.26 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

| STATEMENT BALANCE: |
|---|

| | | | 01/03/2004 |
|---|---|---|---|

Please tear off and return with payment

15 February, 2004

## PAYMENT ADVICE

| | | C B D (Abu Dhabi) | | | |
|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL

DEF 00063



بنك الإتحاد الوطني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:              C B D (Abu Dhabi)

Statement Date:      15 January, 2004

Card No.

## REDACTED

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 06 Jan 2004 | ST. LUKES MEDICAL TWR.  HOUSTON | (USD) | 682.40 | 2,555.54 |
| 07 Jan 2004 | ST. LUKES MEDICAL TWR.  HOUSTON | (USD) | 53.05 | 198.67 |
| 09 Jan 2004 | BULLDOG POSTAL  HOUSTON | (USD) | 103.89 | 389.06 |
| 09 Jan 2004 | ST. LUKES MEDICAL TWR.  HOUSTON | (USD) | 462.25 | 1,731.09 |

Note:   Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your
cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your
account only after the cheque is cleared.

STATEMENT BALANCE:

31/01/2004

Please tear off and return with payment

15 January, 2004

## PAYMENT ADVICE

| | | C B D (Abu Dhabi) | | | |
|---|---|---|---|---|---|
| CARD NUMBER | AMOUNT OF PAYMENT | | CHEQUE AMOUNT | COMMISSION FOR QUITATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL                    DEF 00064



## UNION NATIONAL BANK

### STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

| Branch: | C B D (Abu Dhabi) |
| Statement Date: | 15 November, 2003 |
| Card No. | |

## REDACTED

| Transaction Date | | | Currency | Amount | Billing Amount |
|---|---|---|---|---|---|

| 12 Nov 2003 | INTL AIR CONSOLIDTRS HOUSTON | (USD) | 8,446.00 | 12,905.04 |
| 12 Nov 2003 | CONTINENTAL 0057469674516 HOUSTON | (USD) | 82.06 | 307.31 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

| | STATEMENT BALANCE: |

| | | | 30/11/2003 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off and return with payment

| | 15 November, 2003 | **PAYMENT ADVICE** |

| | | C B D (Abu Dhabi) | | |
| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL          DEF 00065



بنك الاتحاد الوطني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

| | |
|---|---|
| Branch: | C B D (Abu Dhabi) |
| Statement Date: | 15 November, 2003 |
| Card No. | |

# REDACTED

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 12 Nov 2003 | CONTINENTAL 0057469674517 HOUSTON | (USD) | 82.06 | 307.31 |
| 28 Oct 2003 | BULLDOG POSTAL  HOUSTON | (USD) | 806.69 | 3,021.00 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

| | | | 30/11/2003 |
|---|---|---|---|

Please tear off and return with payment

| | 15 November, 2003 | PAYMENT ADVICE |
|---|---|---|

| | C B D (Abu Dhabi) | | | | |
|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | PAYMENT DUE DATE | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | VALUE AMOUNT CREDITED TO ACCOUNT |

DEF 00066                        CONFIDENTIAL



بنك الإتحاد الوطني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH'ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:          C B D (Abu Dhabi)

Statement Date:     15 December, 2003

Card No.

# REDACTED

| Transaction Date | Details | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 02 Dec 2003 | ST. LUKES MEDICAL TWR. HOUSTON | (USD) | 535.70 | 2,008.16 |
| 08 Dec 2003 | BULLDOG POSTAL HOUSTON | (USD) | 18.00 | 67.41 |
| 08 Dec 2003 | ST. LUKES MEDICAL TWR. HOUSTON | (USD) | 982.40 | 3,679.02 |
| 24 Nov 2003 | FEDEX SHP 11/18/03 AB# 840-554130027 | (USD) | 14.58 | 54.60 |

Note:  Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your
cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your
account only after the cheque is cleared.

STATEMENT BALANCE:

30/12/2003

Please tear off and return with payment

15 December, 2003

## PAYMENT ADVICE

C B D (Abu
Dhabi)

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|

DEF 00067          CONFIDENTIAL



بنك الاتحاد الوطني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

| Branch: | C B D (Abu Dhabi) |
| Statement Date: | 15 August, 2003 |
| Card No. | **REDACTED** |

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 01 Aug 2003 | CONTINENTAL 0057449754770 HOME OFFICE | (USD) | -200.01 | -719.65 |
| 17 Jul 2003 | CONTINENTAL 0057445104182 HOUSTON | (USD) | 2,140.23 | 8,015.02 |
| 17 Jul 2003 | AGENT FEE 8908127043938 GULF TRAVEL & | (USD) | 35.00 | 131.07 |
| 17 Jul 2003 | AGENT FEE 8908127043937 GULF TRAVEL & | (USD) | 35.00 | 131.07 |
| 17 Jul 2003 | AGENT FEE 8908127043935 GULF TRAVEL & | (USD) | 35.00 | 131.07 |
| 17 Jul 2003 | CONTINENTAL 0057445104184 HOUSTON | (USD) | 2,140.23 | 8,015.02 |
| 17 Jul 2003 | CONTINENTAL 0057445104181 HOUSTON | (USD) | 2,140.23 | 8,015.02 |
| 17 Jul 2003 | CONTINENTAL 0057445104183 HOUSTON | (USD) | 2,140.23 | 8,015.02 |
| 17 Jul 2003 | AGENT FEE 8908127043934 GULF TRAVEL & | (USD) | 35.00 | 131.07 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

30/08/2003

Please tear off and return with payment

15 August, 2003

## PAYMENT ADVICE

| | | C B D (Abu Dhabi) | | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL                    DEF 00068



UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE.

Branch:         C B D (Abu Dhabi)

Statement Date:     15 August, 2003

Card No.

**REDACTED**

| Trans Number | Description | | Billing Amount |
|---|---|---|---|
| 26 Jul 2003 | CONTINENTAL 0052174325927  HOME OFFICE | (USD) | 2,050.50 | 7,678.99 |
| 29 Jul 2003 | ST. LUKES MEDICAL TWR.  HOUSTON | (USD) | 213.27 | 798.68 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

30/08/2003

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off and return with payment

15 August, 2003

## PAYMENT ADVICE

| | | C B D (Abu Dhabi) | | | | |
|---|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT | |

CONFIDENTIAL          DEF 00069



UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

| | |
|---|---|
| Branch: | C B D (Abu Dhabi) |
| Statement Date: | 15 August, 2003 |
| Card No. | |

# REDACTED

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 17 Jul 2003 | GOGO VACATION PACKAGES 201-9344813 | (USD) | 4,267.00 | 15,979.63 |
| 17 Jul 2003 | CONTINENTAL 0057445104185 HOUSTON | (USD) | 2,140.23 | 8,015.02 |
| 17 Jul 2003 | AGENT FEE 8908127043936 GULF TRAVEL & | (USD) | 35.00 | 131.07 |
| 21 Jul 2003 | GOGO VACATION PACKAGES 201-9344813 | (USD) | -2,327.00 | -8,372.72 |
| 21 Jul 2003 | AGENT FEE 8908127043950 GULF TRAVEL & | (USD) | 40.00 | 149.80 |
| 20 Jul 2003 | VZAIRF 002M 832-4966666 OAK BROOK | (USD) | 13.47 | 50.45 |
| 20 Jul 2003 | VZAIRF 002M 832-4966666 OAK BROOK | (USD) | 13.47 | 50.45 |
| 21 Jul 2003 | CONTINENTAL 0057445104212 HOUSTON | (USD) | 766.48 | 2,870.41 |
| 20 Jul 2003 | VZAIRF 001M 832-4966666 OAK BROOK | (USD) | 8.98 | 33.63 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

| STATEMENT BALANCE: | |
|---|---|
| | 30/08/2003 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off and return with payment

| | 15 August, 2003 | | PAYMENT ADVICE |
|---|---|---|---|

| | | C B D (Abu Dhabi) | | | |
|---|---|---|---|---|---|
| CARD NUMBER | AMOUNT PAYABLE | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

DEF 00070          CONFIDENTIAL



**UNION NATIONAL BANK**

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:        C B D (Abu Dhabi)

Statement Date:    15 August, 2003

Card No.

# REDACTED

| Transaction Date | Description | | Amount | Billing Amount |
|---|---|---|---|---|
| 30 Jul 2003 | EL TORITO GRILL #229  BEVERLY HILLS | (USD) | 47.01 | 176.05 |
| 30 Jul 2003 | CONTINENTAL 0052174422728 HOME OFFICE | (USD) | 49.36 | 184.85 |
| 30 Jul 2003 | CONTINENTAL 0052174421676 HOME OFFICE | (USD) | 49.99 | 187.21 |
| 30 Jul 2003 | CONTINENTAL 0052174422731 HOME OFFICE | (USD) | 49.36 | 184.85 |
| 30 Jul 2003 | CONTINENTAL 0052174422727 HOME OFFICE | (USD) | 49.36 | 184.85 |
| 30 Jul 2003 | CONTINENTAL 0052174422309 HOME OFFICE | (USD) | 40.00 | 149.80 |
| 30 Jul 2003 | PRADA -BEVERLY HILLS  BEVERLY HILLS | (USD) | 346.40 | 1,297.25 |
| 31 Jul 2003 | PRADA -BEVERLY HILLS  BEVERLY HILLS | (USD) | -22,846.16 | -82,202.15 |
| 30 Jul 2003 | PRADA -BEVERLY HILLS  BEVERLY HILLS | (USD) | 22,846.16 | 85,557.35 |

Note:  Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your
cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your
account only after the cheque is cleared.

STATEMENT BALANCE:

| | | | 30/08/2003 |
|---|---|---|---|

Please tear off and return with payment

| | 15 August, 2003 | **PAYMENT ADVICE** |
|---|---|---|

| | | C B D (Abu Dhabi) | | | |
|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | AL RETAMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL    DEF 00071



بنك الاتحاد الوطني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:                     C B D (Abu Dhabi)

Statement Date:        15 August, 2003

Card No.

**REDACTED**

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 26 Jul 2003 | AGENT FEE  8908127043962  GULF TRAVEL & | (USD) | 40.00 | 149.80 |
| 26 Jul 2003 | CONTINENTAL 0057449754770 HOUSTON | (USD) | 2,300.50 | 8,615.22 |
| 26 Jul 2003 | CONTINENTAL 0057449754767 HOUSTON | (USD) | 2,050.50 | 7,678.99 |
| 26 Jul 2003 | CONTINENTAL 0057449754768 HOUSTON | (USD) | 2,050.50 | 7,678.99 |
| 26 Jul 2003 | CONTINENTAL 0057449754769 HOUSTON | (USD) | 2,050.50 | 7,678.99 |
| 26 Jul 2003 | AGENT FEE  8908127043963  GULF TRAVEL &. | (USD) | 40.00 | 149.80 |
| 26 Jul 2003 | AGENT FEE  8908127043964  GULF TRAVEL & | (USD) | 40.00 | 149.80 |
| 26 Jul 2003 | AGENT FEE  8908127043965  GULF TRAVEL & | (USD) | 40.00 | 149.80 |
| 26 Jul 2003 | CONTINENTAL 0052174326149  HOME OFFICE | (USD) | 2,050.50 | 7,678.99 |

Note! Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

| STATEMENT BALANCE: |
|---|

|  |  |  | 30/08/2003 |
|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off and return with payment

|  | 15 August, 2003 | **PAYMENT ADVICE** |
|---|---|---|

|  |  | C B D (Abu Dhabi) |  |  |  |
|---|---|---|---|---|---|
| CARD NUMBER | MINIMUM PAYMENT | BALANCE | CHEQUE AMOUNT | DEMAND ORDER/ OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |

CONFIDENTIAL                     DEF 00072


UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

H H SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM

UNION NATIONAL BANK
P.O. BOX 3865

ABU DHABI
UAE

Branch:

Statement Date:          15/06/2003

Card No.

**REDACTED**

| | | | | Amount | Billing Amount |
|---|---|---|---|---|---|
| 16/05/2003 | PLAZA MEDICAL CENTER PHAR HOUSTON | (USD) | | 956.18 | 3580.83 |
| 16/05/2003 | BULLDOG POSTAL HOUSTON | (USD) | | 54.01 | 202.27 |
| 29/05/2003 | PLAZA MEDICAL CENTER PHAR HOUSTON | (USD) | | 75.58 | 283.04 |
| 29/05/2003 | CHEVRON #00200030 HOUSTON | (USD) | | 189.38 | 709.22 |
| 30/05/2003 | BULLDOG POSTAL HOUSTON | (USD) | | 84.89 | 317.90 |

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

30/06/2003

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off and return with payment

15/06/2003

## PAYMENT ADVICE

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | | | | |

CONFIDENTIAL          DEF 00073


UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

H H SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM

UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:

Statement Date:                    15/05/2003

Card No.

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 30/04/2003 | PLAZA MEDICAL CENTER PHAR HOUSTON | (USD) | دواء 597.93 | 2239.21 |
| 02/05/2003 | PARK PLAZA PHARMACY HOUSTON | (USD) | دواء 12.99 | 48.64 |
| 08/05/2003 | BULLDOG POSTAL HOUSTON | (USD) | شحن 61.19 | 229.15 |

## REDACTED

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

| | | | 31/05/2003 |
|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off and return with payment

| | 15/05/2003 | PAYMENT ADVICE |
|---|---|---|

| CARD NUMBER | MINIMUM PAYMENT | | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|

CONFIDENTIAL

DEF 00074


## UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

H H SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:

Statement Date:                    15/04/2003

Card No.

| Transaction Date | Description | Reference No. | Amount | Billing Amount |
|---|---|---|---|---|
| 14/04/2003 | BULLDOG POSTAL HOUSTON | (USD) | 60.47 | 226.46 |

**REDACTED**

Note:  Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

30/04/2003

---

Please tear off and return with payment

15/04/2003

## PAYMENT ADVICE

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | | | | |

CONFIDENTIAL          DEF 00075



بنـك الاتحـاد الوطـني
UNION NATIONAL BANK

## STATEMENT OF ACCOUNT

H H SH ISSA B ZAYED AL NEHAYAN
C/O MOHAMMED ISLAM
UNION NATIONAL BANK
P.O.BOX 3865
ABU DHABI
UAE

Branch:

Statement Date: 15/03/2003

Card No.

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 19/02/2003 | QUALITY FEED AND GARDEN HOUSTON | (USD) | 3179.00 | 11905.14 |
| 12/03/2003 | INTL AIR CONSOLIDTRS HOUSTON | (USD) | 1576.00 | 5898.27 |

**REDACTED**

Note: Please make the cheque payable to Union National Bank. Indicate your card number on the reverse side of your cheque. Cheques drawn on other banks are accepted for collection and the proceeds will be credited to your account only after the cheque is cleared.

STATEMENT BALANCE:

|  |  |  | 30/03/2003 |
|---|---|---|---|

Please tear off and return with payment

| | 15/03/2003 | PAYMENT ADVICE |
|---|---|---|

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

CONFIDENTIAL          DEF 00076

 بنك الاتحاد الوطني



## UNION NATIONAL BANK
### *The bank that cares*

Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8000000
Fax : 02-6725362
Web : http://www.unb.com

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 464
ABU DHABI
UAE

Branch :  C B D (Abu Dhabi)

Statement Date : 15 February, 2003

Card No.

| Transaction Date | Description | | Currency | Amount | Billing Amount |
|---|---|---|---|---|---|
| 04 Feb 2003 | BULLDOG POSTAL HOUSTON | | (USD) | 78.25 | 293.05 |
| 04 Feb 2003 | PLAZA MEDICAL CENTER PHAR HOUSTON | | (USD) | 296.22 | 1,109.32 |
| 15 Jan 2003 | QUALITY FEED AND GARDEN  HOUSTON | | (USD) | 317.90 | 1,190.51 |
| 23 Jan 2003 | PLAZA MEDICAL CENTER PHAR HOUSTON | | (USD) | 85.98 | 321.99 |
| 24 Jan 2003 | INTL AIR CONSOLIDTRS  HOUSTON | | (USD) | 320.00 | 1,198.38 |

**REDACTED**

Note : Please make the cheque payable to UNB Card Services Department, Indicate your card number on the reverse side of your cheque. If it is an outstation cheque,  please include 15 Dhs. For faster processing,  do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANCE

| PREVIOUS BALANCE | CREDIT LIMIT | MINIMUM PAYMENT | PAYMENT DATE |
|---|---|---|---|
| | | | 02/03/2003 |

Please tear off and return with payment

| CURRENT BALANCE | STATEMENT DATE | PAYMENT ADVICE |
|---|---|---|
| | 15 February, 2003 | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |

Cash advance fee is higher of 3% or AED 30.

CONFIDENTIAL

DEF 00077



بنك الاتحاد الوطني
UNION NATIONAL BANK
*The bank that cares*



Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8002060
Fax : 02-6726382
Web : http://www.unb.com

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 464
ABU DHABI
UAE

Branch : C B D (Abu Dhabi)

Statement Date : 15 January, 2003

Card No.

| تاريخ العملية Transaction Date | Description التفاصيل | العملة Currency | المبلغ Amount | القيمة Billing Amount |
|---|---|---|---|---|
| 17 Dec 2002 | PLAZA MEDICAL CENTER PHAR HOUSTON | (USD) | 391.35 | 1,465.58 |
| 20 Dec 2002 | BULLDOG POSTAL  HOUSTON | (USD) | 75.58 | 283.04 |

**REDACTED**

Note : Please make the cheque payable to UNB Card Services Department, indicate your card number on the reverse side of your cheque. If it is an outstation cheque,  please include 15 Dhs. For faster processing,  do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANC...

| PREVIOUS BALANCE الرصيد السابق | CREDIT LIMIT حدود الائتمان | MINIMUM PAYMENT الحد الأدنى للسداد | PAYMENT DATE تاريخ السداد |
|---|---|---|---|
| | | | 30/01/2003 |

Please tear off and return with payment ✂

| CURRENT BALANCE | STATEMENT DATE | PAYMENT ADVICE |
|---|---|---|
| الرصيد الحالي | 15 January, 2003 تاريخ الفاتورة | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | الحد الأدنى للسداد | C B D (Abu Dhabi) الفرع | | العمولة للشيكات الخارجية | المبلغ الصافي |

AED.125,000 IN REWARDS, BE A WINNER BY SIMPLY USING YOUR UNB VISA CARD. FOR DETAILS CALL OUR CUSTOMER SERVICE AT 8002060, ANY TIME.

CONFIDENTIAL

 

UNION NATIONAL BANK
*The bank that cares*

Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8002060
Fax : 02-6728362
Web : http://www.unb.com

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 464
ABU DHABI
UAE

Branch : C B D (Abu Dhabi)

Statement Date : 15 November, 2002

Card No.

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 01 Nov 2002 | BULLDOG POSTAL  HOUSTON | (USD) | 368.41 | 1,379.67 |
| 23 Oct 2002 | EXXONMOBIL83  04711875 HOUSTON | (USD) | 900.00 | 3,370.44 |
| 23 Oct 2002 | EXXONMOBIL83  04711875 HOUSTON | (USD) | 723.00 | 2,707.59 |
| 28 Oct 2002 | PLAZA MEDICAL CENTER PHAR    HOUSTON | (USD) | 693.44 | 2,596.89 |

REDACTED

Note : Please make the cheque payable to UNB Card Services Department, indicate your card number on the reverse side of your cheque, if it is an outstation cheque,  please include 15 Dhs. For faster processing,  do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANCE

| PREVIOUS BALANCE الرصيد السابق | CREDIT LIMIT حدود الائتمان | MINIMUM PAYMENT الحد الأدنى للسداد | PAYMENT DATE تاريخ السداد |
|---|---|---|---|
|  |  |  | 30/11/2002 |

Please tear off and return with payment  ✂

| CURRENT BALANCE الرصيد الحالي | STATEMENT DATE تاريخ الفاتورة 15 November, 2002 | PAYMENT ADVICE |
|---|---|---|
|  |  |  |

| CARD NUMBER رقم البطاقة | MINIMUM PAYMENT الحد الأدنى للسداد | BRANCH C B D (Abu Dhabi) | CHEQUE AMOUNT قيمة الشيك | COMMISSION FOR OUTSTATION CHEQUE رسوم الشيكات الخارجية | NET AMOUNT CREDITED TO ACCOUNT المبلغ الصافي |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

PLEASE NOTE THAT CASH ADVANCE FEE IS NOW THE HIGHER OF 3% OR AED 30/-

DEF 00079            CONFIDENTIAL

 بنك الاتحاد الوطني
**UNION NATIONAL BANK**
*The bank that cares*

 **VISA**

Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8002050
Tel : 02-6725862
Fax : 02-6725862
Web : http://www.unb.com

## STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 464
ABU DHABI
UAE

Branch :  C B D (Abu Dhabi)

Statement Date : 15 October, 2002

Card No.

| تاريخ العملية Transaction Date | Description التفاصيل | العملة Currency | المبلغ Amount | القيمة Billing Amount |
|---|---|---|---|---|
| 20 Sep 2002 | BULLDOG POSTAL  HOUSTON | (USD) | 173.02 | 644.77 |



**REDACTED**

Note : Please make the cheque payable to UNB Card Services Department, indicate your card number on the reverse
side of your cheque. If it is an outstation cheque,  please include 15 Dhs. For faster processing,  do not staple
the cheque. Please DO NOT send cash through post.

| CURRENT BALANCE |
|---|
| |

| PREVIOUS BALANCE الرصيد السابق | CREDIT LIMIT حدود الائتمان | MINIMUM PAYMENT الحد الأدنى للسداد | PAYMENT DATE تاريخ السداد |
|---|---|---|---|
| | | | 30/10/2002 |

Please tear off and return with payment ✂

| CURRENT BALANCE الرصيد الحالي | STATEMENT DATE 15 October, 2002 تاريخ الفاتورة | PAYMENT ADVICE |
|---|---|---|
| | | |

| CARD NUMBER رقم البطاقة | MINIMUM PAYMENT الحد الأدنى للسداد | BRANCH الفرع | CHEQUE AMOUNT قيمة الشيك | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT المبلغ الصافي المضاف للحساب |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |

PLEASE NOTE THAT CASH ADVANCE FEE IS NOW THE HIGHER OF 3% OR AED 30/-

DEF 00080                    CONFIDENTIAL



UNION NATIONAL BANK
*The bank that cares*



Head Office, Card Services Department
P.O. Box 3865 – Abu Dhabi, U.A.E.
Toll Free : 8002060
Fax : 02-6726362
Web : http://www.unb.com

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 454
ABU DHABI
UAE

**REDACTED**

Branch : C B D (Abu Dhabi)

Statement Date : 15 September, 2002

Card No.

| Transaction Date | Description التفاصيل | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 03 Sep 2002 | ARWADY SALES - AMMO DUMP HOUSTON | (USD) | 776.03 | 2,891.94 |
| 07 Sep 2002 | FOUR SEASONS HOTELS HOUSTON | (USD) | 1,842.74 | 6,867.12 |
| 16 Aug 2002 | AGENT FEE 8905052604760 HOUSTON | (USD) | 30.00 | 111.80 |
| 16 Aug 2002 | AGENT FEE 8905052604759 HOUSTON | (USD) | 30.00 | 111.80 |
| 16 Aug 2002 | CONTINENTAL 0057296152053 HOUSTON | (USD) | 1,080.43 | 4,026.30 |
| 16 Aug 2002 | CONTINENTAL 0057296152054 HOUSTON | (USD) | 1,080.43 | 4,026.30 |

Note : Please make the cheque payable to UNB Card Services Department, indicate your card number on the reverse side of your cheque, if it is an outstation cheque, please include 15 Dhs. For faster processing, do not staple the cheque. Please DO NOT send cash through post.

| PREVIOUS BALANCE | CREDIT LIMIT | MINIMUM PAYMENT | CURRENT BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | 30/09/2002 |

Please tear off and return with payment

| CURRENT BALANCE | STATEMENT DATE | PAYMENT ADVICE |
|---|---|---|
| | 15 September, 2002 | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |

USE YOUR UNB VISA CARD THIS SUMMER AND WIN A TOYOTA LAND CRUISER – AND PURE GOLD BARS *CALL 800 2060 FOR INFORMATION.

DEF 00081                    CONFIDENTIAL





UNION NATIONAL BANK
The bank that cares

Head Office, Card Services Department
P.O. Box 3865 – Abu Dhabi, U.A.E.
Toll Free : 8002060
Fax : 02-6726362
Web : http://www.unb.com

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 464
ABU DHABI
UAE

**REDACTED**

Branch : C B D (Abu Dhabi)

Statement Date : 15 September, 2002

Card No.

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 19 Aug 2002 | DELTA AIR  0067294263823  HOUSTON | (USD) | 153.50 | 572.04 |
| 22 Aug 2002 | TAVAERO JET CHARTER 7 795 45387 | (USD) | 11,960.00 | 44,569.86 |
| 22 Aug 2002 | TAVAERO JET CHARTER 7 795 45387 | (USD) | 1,693.62 | 6,311.40 |
| 26 Aug 2002 | EXXONMOBIL83  0471785  HOUSTON | (USD) | 670.93 | 2,500.27 |

Note : Please make the cheque payable to UNB Card Services Department, Indicate your card number on the reverse side of your cheque. If it is an outstation cheque,  please include 15 Dhs. For faster processing,  do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANCE

| PREVIOUS BALANCE | CREDIT LIMIT | MINIMUM PAYMENT | PAYMENT DATE |
|---|---|---|---|
| | | | 30/09/2002 |

Please tear off and return with payment

| CURRENT BALANCE | STATEMENT DATE |  |
|---|---|---|
| | 15 September, 2002 | **PAYMENT ADVICE** |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |

USE YOUR UNB VISA CARD THIS SUMMER AND WIN A TOYOTA LAND CRUISER --AND PURE GOLD BARS "CALL 800 2060 FOR INFORMATION.

CONFIDENTIAL                    DEF 00082

 بنك الاتحاد الوطني
UNION NATIONAL BANK
*The bank that cares*



Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8002060
Fax : 02-6725392
Web : http://www.unb.co.ae

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P O BOX 464
ABU DHABI
UAE

**REDACTED**

Branch : C B D (Abu Dhabi)

Statement Date : 15 February, 2002

Card No.

| Transaction Date تاريخ العملية | Description التفاصيل | Currency العملة | Amount المبلغ | Billing Amount القيمة |
|---|---|---|---|---|
| 17 Jan 2002 | ARWADY SALES - AMMO DUMP HOUSTON | (USD) | 2,214.60 | 8,252.87 |
| | | (AED) | | |
| 29 Jan 2002 | ARWADY SALES - AMMO DUMP HOUSTON | (USD) | 977.87 | 3,644.10 |

Note : Please make the cheque payable to UNB Card Services Department, Indicate your card number on the reverse side of your cheque. If it is an outstation cheque, please include 15 Dhs. For faster processing, do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANCE

| PREVIOUS BALANCE الرصيد السابق | CREDIT LIMIT حدود الائتمان | MINIMUM PAYMENT الحد الادنى للسداد | PAYMENT DATE تاريخ السداد |
|---|---|---|---|
| | | | 02/03/2002 |

Please tear off and return with payment

| CURRENT BALANCE الرصيد الحالي | STATEMENT DATE تاريخ الفاتورة | PAYMENT ADVICE |
|---|---|---|
| | 15 February, 2002 | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |
| رقم البطاقة | الحد الادنى للسداد | الفرع | قيمة الشيك | عمولة الشيكات الخارجية | المبلغ الصافي المضاف للحساب |

U N B CARD CENTER 800-2060

CONFIDENTIAL    DEF 00083

 بنك الإتحاد الوطني
**UNION NATIONAL BANK**
*The bank that cares*

 **VISA**

Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8002080
Fax : 02-6725362
Web : http://www.unb.co.ae

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN
P.O BOX 464
ABU DHABI
UAE

**REDACTED**

Branch : C B D (Abu Dhabi)

Statement Date : 15 January, 2002

Card No.

| Transaction Date | Description | | Currency | Amount | Billing Amount |
|---|---|---|---|---|---|
| 02 Jan 2002 | ETOILE HOUSTON | | (USD) | 1,178.85 | 4,393.07 |
| 10 Jan 2002 | PLAZA MEDICAL CENTER PHAR HOUSTON | | (USD) | 453.72 | 1,690.82 |
| 11 Jan 2002 | FOUR SEASONS HOTELS HOUSTON | | (USD) | 179.53 | 669.03 |
| 11 Jan 2002 | ARWADY SALES - AMMO DUMP HOUSTON | | (USD) | 13,342.89 | 49,723.28 |

Note : Please make the cheque payable to UNB Card Services Department, indicate your card number on the reverse side of your cheque. If it is an outstation cheque, please include 15 Dhs. For faster processing, do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANC

| PREVIOUS BALANCE | CREDIT LIMIT | MINIMUM PAYMENT | PAYMENT DATE |
|---|---|---|---|
| | | | 30/01/2002 |

Please tear off and return with payment

| CURRENT BALANCE | STATEMENT DATE | PAYMENT ADVICE |
|---|---|---|
| | 15 January, 2002 | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |

U N B CARD CENTER 800-2060

CONFIDENTIAL

DEF 00084





Head Office, Card Services Department
P.O. Box 3865 - Abu Dhabi, U.A.E.
Toll Free : 8002060
Fax : 02-6726362
Web : http://www.unb.co.ae

UNION NATIONAL BANK
*The bank that cares*

# STATEMENT OF ACCOUNT

SH ISSA B ZAYED AL NEHAYAN.
P O BOX 464
ABU DHABI
UAE

**REDACTED**

Branch : C B D (Abu Dhabi)

Statement Date : 15 December, 2001

Card No.

| Transaction Date | Description | Currency | Amount | Billing Amount |
|---|---|---|---|---|
| 19 Nov 2001 | ARWADY SALES - AMMO DUMP HOUSTON | (USD) | 2,085.90 | 7,773.26 |
| 19 Nov 2001 | ARWADY SALES - AMMO DUMP HOUSTON | (USD) | 3,000.00 | 11,179.73 |
| 27 Nov 2001 | PLAZA MEDICAL CENTER PHA. HOUSTON | (USD) | 248.56 | 926.26 |
| 28 Nov 2001 | BULLDOG POSTAL HOUSTON | (USD) | 43.39 | 161.70 |

Note : Please make the cheque payable to UNB Card Services Department, indicate your card number on the reverse side of your cheque. If it is an outstation cheque, please include 15 Dhs. For faster processing, do not staple the cheque. Please DO NOT send cash through post.

CURRENT BALANC...

| PREVIOUS BALANCE | CREDIT LIMIT | MINIMUM PAYMENT | PAYMENT DATE |
|---|---|---|---|
| | | | 30/12/2001 |

Please tear off and return with payment

| CURRENT BALANCE | STATEMENT DATE | PAYMENT ADVICE |
|---|---|---|
| | 15 December, 2001 | |

| CARD NUMBER | MINIMUM PAYMENT | BRANCH | CHEQUE AMOUNT | COMMISSION FOR OUTSTATION CHEQUE | NET AMOUNT CREDITED TO ACCOUNT |
|---|---|---|---|---|---|
| | | C B D (Abu Dhabi) | | | |

HURRY! EURO DISNEY PROMOTION ENDS OCT 31, REMEMBER EACH AED1,000 SPENT ON YOUR CARD GIVES YOU A CHANCE TO WIN THE LUCKY DRAW.

**CONFIDENTIAL**                    **DEF 00087**

*Mr Isassam*

02/10/02-14:58:52                    LocalSwiftAcks-0683-000028                    31

--------- Instance Type and Transmission ---------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status : Network Ack
Priority/Delivery : Normal
Message Input Reference     : 1458 021002UNBEAEAAXXX4097706417
--------- Message Header ---------
Swift Input   : FIN 100 Customer Transfer
Sender        : UNBEAEAAXXX
       UNION NATIONAL BANK
       ABU DHABI AE
Receiver      : BKTRUS33XXX
       DEUTSCHE BANK TRUST COMPANY AMERICAS
       NEW YORK,NY US
--------- Message Text ---------
20: Transaction Reference Number
   085TTF2002006348
32A: Value Date, Currency and Amt
   Date      : 02 October 2002
   Currency  : USD (US DOLLAR)
   Amount    :      #65,850.00#
50: Ordering Customer
   H.H.SH. ISSA BIN ZAYED AL NAHAYAN
   P O BOX 464, ABU DHABI, United Arab
   Emirates
57D: Account With Institution:Addr

   BEN
   {MAC:AD368533}
   {CHK:D384BE0772DE}
--------- Message Trailer ---------
--------- Interventions ---------
Category    : Network Report
Creation Time : 02/10/02 14:58:29
Application  : SWIFT Interface
Operator    : SYSTEM
Text
{1:F21UNBEAEAAAXXX4097706417}{4:{177:0210021458}{451:0}}

**DEF 00088**

REDACTED

CONFIDENTIAL

# The Platinum Card®
## Summary of Charges
### DETAILED CHARGE REPORT

SHK ISSA ALNEHAYAN
3744-886523-01008

| CHARGE CATEGORY | MONTH | TRANSACTION | AMOUNT $ | BUSINESS | PRIVATE | FOR CARDMEMBER USE / NOTES |
|---|---|---|---|---|---|---|
| HOTELS | 08/03 | PRADA BEVERLY HILLS CA | | | | |
| | | 74,106.33 U.S. DOLLARS BILLED AS | 74,106.33CR | | | |
| | | PRADA BEVERLY HILLS CA | | | | |
| | | 89193.67 U.S. DOLLARS BILLED AS | 89,193.67 | | | |
| | | PRADA BEVERLY HILLS CA | | | | |
| | | 584.55 U.S. DOLLARS BILLED AS | 584.55 | | | |
| | | PRADA BEVERLY HILLS CA | | | | |
| | | 15087.34 U.S. DOLLARS BILLED AS | 15,087.34CR | | | |
| | 11/03 | HOTEL PLAZA ATHENEE PARIS | 90,356.86 | | | |
| TOTAL | | | 91,541.41 | | | |
| AIRLINES | 10/03 | DEUTSCHE LUFTHANSA AG | 355886 | 522.91 | | |
| | | DEUTSCHE LUFTHANSA AG | 355886 | 522.91 | | |
| | | DEUTSCHE LUFTHANSA AG | 355886 | 522.91 | | |
| | | DEUTSCHE LUFTHANSA AG | 355886 | 522.91 | | |
| | | DEUTSCHE LUFTHANSA AG | 355886 | 522.91 | | |
| | | DEUTSCHE LUFTHANSA AG | 355886 | 522.91 | | |
| | | BRITISH AIRWAYS EDOC ACCOUNT | 701593 | 7,131.96 | | |
| TOTAL | | | 10,269.42 | | | |
| CAR HIRE | 12/03 | BUDGET DEUTSCHLAND DREIEICH | | 1,045.77 | | |
| TOTAL | | | 1,045.77 | | | |
| MEMBERSHIP FEES | 07/03 | ANNUAL FEE | | 0.00 | | |
| | | ANNUAL FEE | | 750.00 | | |
| TOTAL | | | 750.00 | | | |

CONFIDENTIAL

DEF 00093

000124

STAPLE DOCUMENTS ABOVE PERFORATION

172-11A 41757052                                                    172-41757052

| Shipper's Name and Address | Shipper's Account Number | | |
|---|---|---|---|
| JIMSY TOURS<br>3055 SAGE RD STE# 200<br>HOUSTON TX 77056   US<br>713 850 9303 | | Not Negotiable<br>**Air Waybill**<br>Issued by | CARGOLUX<br>LOXEMBOURG AIRPORT<br>L-1930 LUXEMBOURG |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| HH SHEIKH ESSA BIN ZAYED<br>AL-NAHYAN,<br>P.O.BOX. 464 ABU-DHABI, UAE<br>TEL 9712/411444, | |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| RESPOND CARGO SERVICES CORPORATION<br>15711 WEST HARDY RD. SUITE #3<br>HOUSTON, TX 77060 | FAA: EW9461049 |

| Agent's IATA Code | Account No. |
|---|---|
| 01 19376-0013 | |

Master AWB 172AH41757052

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| (IAH) HOUSTON, TEXAS | 54957        11702 | |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUX | CV799720 | | AUH | CV | AUH | CV | USD | PP | XX | PP | XX | N.V.D. | N.V.D. |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | |
|---|---|---|---|
| (AUH) ABU DHABI, UAE | 7901/21 | NIL | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |

Handling Information
ETA:       7:40   HOURS JAN 22,02
PLEASE NOTIFY CONSIGNEE IMMEDIATELY UPON ARRIVAL!!
CONTACT: HH SHEIKH ESSA BIN ZAYED AL-NAHYAN TEL .411444

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination ABU DHABI, UAE

Diversion contrary to U.S. law prohibited.                    SCI

| No. of Pieces RCP | Gross Weight | | Rate Class | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|
| 1 | 25 | U | | | 30 | 903.35 | 903.35 | *** AVI 54004<br>ONE LIVE DOG IN KENNEL, CAR<br>DIMS: 25X32X20 INCHES<br>PRET PREPAID |
| | | | | No SED required Section 3.55 (b) FTSR | | | | |
| | | | CARRIER NOT RESPONSIBLE FOR MORTALITY FROM NATURAL CAUSES | | | | | CV701<br>22/01 |
| 1 | 25 | | | | | | 903.35 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 903.35 | | | SECURITY SURCHARGE          4.50<br>Handling Charge          175.00<br>Miscellaneous Due agent        20.00<br>Pick up & Delivery          185.00 |
| | Valuation Charge | | |
| | | | DEF 00126 |
| | Tax | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Agent |
|---|
| 465.00 |

RESPOND CARGO SVC /BASHIR S.

| Total Other Charges Due Carrier |
|---|
| 4.50 |

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 1372.85 | |

| Currency Conversion Rates | CC Charges in Dest. Currency | Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|---|---|
| | | 1.172002 | HOUSTON, TEXAS RESPOND CARGO SVC | |
| For Carriers Use only | Charges at Destination | Total Collect Charges | | 172-41757052 |

# HOUSTON EXPRESS

## TRAVEL & SERVICES INC.

Jan. 22nd 2003

### COMMERCIAL INVOICE

ORIGINAL

Consignee:  H.H. Sheik Issa Bin Zayed Al-Nhayan Palace
Mr. Bassam Nabulsi
P.O. Box 464
Abu Dhabi, UAE
Tel:  971-24-411-1444
Cell:  971-50-619-9888
Country of Manufacture: USA

| Type Of Packaging/Marks | Detailed Description Of Goods | QTY | Unit Value | Subtotal |
|---|---|---|---|---|
| 1 Box | 2 Bags of Bermuda grass. | 1 | 320.00 | 320.00 |
| Total : 1 Box | NOT For Resale | | Total Weight: 110lbs | Total Value: $ 320.00 |

Signature:
Title:



5100 Westheimer Ste. 470 Houston, TX 77056    Tel: 713-626-2020    Fax: 713-626-2031
E-Mail - houstonexpress1@hotmail.com

DEF 00132

03/13/2003  12:17    2814438251    BRITISH AIR    #2397 P.003/008

# HOUSTON EXPRESS
## TRAVEL & SERVICES INC.

Mar. 4th 2003

## COMMERCIAL INVOICE

Consignee:  H.H. Sheik Issa Bin Zayed Al-Nhayan Palace
Mr. Bassam Nabulsi
P.O. Box 464
Abu Dhabi, UAE
Tel:  971-24-411-1444
Cell:  971-50-619-9888
Country of Manufacture: USA

| Type Of Packaging/Marks | Detailed Description Of Goods | QTY | Unit Value | Subtotal |
|---|---|---|---|---|
| 1 Pail | 20 Bags / 50lb each of Bermuda grass. | 20 | 158.95 | 3179.00 |
|  | 1 box/ 10 buckets of Oxi-clean powder detergent. ( Non-Hazardous ) | 10 | 11.49 | 114.90 |
| Total : 1 Pail | NOT For Resale | Total Weight: 1150lbs | Total Value: $ 3293.90 |

Signature:
Title:  M G R



5100 Westheimer Ste. 470 Houston, TX 77056    Tel: 713-626-2020    Fax: 713-626-2031
E-Mail - houstonexpress@hotmail.com

DEF 00144

2003-08-29    15:18    (626) 331-7302    AUG-27-03 17:01    Ziad Alhassen   PAGE 2/2

ENT BY: AEL;    3105155744;

5757462

ACWWB: Dubai # 030/04 of 03

020   2588 5462        020-2588 5462

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable **Air Waybill** | **Lufthansa Cargo** |
|---|---|---|---|

**Shipper's Name and Address**
WEST COVINA DODGE
2000 E. GARVEY AVE. SOUTH
WEST COVINA, CA. 91791

Issued by
Lufthansa Cargo AG.
Lufthansa Cargo AG.
German Registered

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

**Consignee's Name and Address**
SHEIKH ESSA BIN ZAYED AL NAHYAN
P.O. BOX 464
ABU DHABI, U.A.E.
TEL: 441-1772

**Issuing Carrier's Agent Name and City**
INTERNATIONAL SHIPPING COMPANY (USA)
12919 S. FIGUEROA STREET
LOS ANGELES, CA. 90061

**Accounting Information**
CONTRACT#7791
TSA APPROVAL#P94-04-002

**Agent's IATA Code** 01-1-3448-0012    **Account No.**

**Airport of Departure (Addr. of First Carrier) and Requested Routing**
LOS ANGELES INTERNATIONAL

| To | By First Carrier | To | by | To | by | Currency | | | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRA | LUFTHANSA | AUH | LH | | | USD | | | | N.V.D. | |

**Airport of Destination** ABU DHABI

**Handling Information**
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S LAW PROHIBITED.

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 2 | 668 kg | | G.C. | 710 kg | $1.90 | $1349.00 | AUTO PARTS NON-HAZARDOUS |
| | | | | | | | 1@ 50x52x60 |
| | | | | | | | 1@ 36x40x60 |
| | | | | | | | CARGO ACCEPTED FROM A KNOWN SHIPPER |
| | | | | | XTN:95/001369-10 9940 | $1349.00 | |
| 2 | 668 kg | | Prepaid Weight Charge | | Collect | Other Charges | |

$1349.00    Valuation Charge

Tax

Total Other Charges Due Agent

$153.64   Total Other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

INTERNATIONAL SHIPPING COMPANY (USA)

Signature of Shipper or his Agent

$1502.64   Total Prepaid   Total Collect

08-27-03    LOS ANGELES, CA

Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent

DEF 00149

172 1639 2412     172-1639 2412

**Shipper's Name and Address**    **Shipper's Account Number**

BASSAM M. NABULSI
1213 HERMANN DR. SUITE 100
HOUSTON, TEXAS 77004

Not Negotiable
**Air Waybill**
Issued by
CARGOLUX AIRLINES INTERNATIONAL S.A.
LUXEMBOURG AIRPORT
L-2990 LUXEMBOURG
TEL: (352) 4211-1 FAX (352) 4211-300 TTY: LUXFCV

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

cargolux

**Consignee's Name and Address**    **Consignee's Account Number**

SHEIKH ISSA B.Z.
AL-NAHAYAN
POST OFFICE BOX 464
ABU DHABI, U.A.E.
PHONE: 971-2441-1444 FOR EMERGENCIES

**Issuing Carrier's Agent Name and City**

INTERWORLD SERVICES, INC.
16006 BLUE VISTA DR.
HOUSTON, TEXAS 77095 REF: IA-621

Accounting Information

**Agent's IATA Code**    Account No

**Airport of Departure (Addr. of First Carrier) and Requested Routing**
IAH

| To | By First Carrier | | To | By | To | By | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| LUX | CARGOLUX | | AUH | CV | | | USD | XX | XX | | NVD | $67,607.81 |

| Airport of Destination | Flight/Date | | For Carrier Use Only | Flight/Date | Amount of Insurance | |
|----|----|----|----|----|----|----|
| ABU DHABI | CV7797/7 | | | CV7904 | NIL | INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked 'Amount of Insurance'. |

Handling Information

SCI

| No. of Pieces RCP | Gross Weight | | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|----|----|----|----|----|----|----|----|----|
| 18PKGS. AS PER ATTACHED RIDER | 4134KGS | | | 8214KGS | $ 1.85 | | $15195.90 | HOUSEHOLD GOODS AND PERSONAL EFFECTS UNACCOMPANIED BAGGAGE SED VIA AES 76-0581613-IA-621 |
| | | | | | | | | SEE ATTACHED RIDER |
| 18PKGS. 4134KGS | | | | | | | $15195.90 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|----|----|----|----|
| $15195.90 | | | |

| | Valuation Charge | |
|----|----|----|

| | Tax | |
|----|----|----|

| | Total Other Charges Due Agent | |
|----|----|----|
| | 821.40FUEL | |
| | 1232.10SEC | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

BY: IRENE COSME, INTERWORLD SERVICES, INC.

HOUSTON, TEXAS 9/3/03

Signature of Shipper or its Agent

| Total Prepaid | Total Collect |
|----|----|
| $172 | |
| $17249.90 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|----|----|

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|----|----|----|

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

DEF 00154

172-1639 2412

| 020 | 2586 2071 | | 020-2586 2071 |

**Air Waybill**   **Lufthansa Cargo**

Shipper's Name and Address / Shipper's Account Number

WEST COVINA DODGE
2000 E. GARVEY AVE. SOUTH
WEST COVINA, CA. 91791

Not Negotiable

Issued by
Lufthansa Cargo AG,
Langer Kornweg 34
D-65451 Kelsterbach

Member of International
Air Transport Association

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

Consignee's Name and Address / Consignee's Account Number

SHEIKH ESSA BIN ZAYED AL NAHYAN
P.O. BOX 464
ABU DHABI, U.A.E.
TEL: 441-1777

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

INTERNATIONAL SHIPPING COMPANY (USA)
12919 S. FIGUERO A STREET
LOS ANGELES, CA. 90061

Accounting Information

CONTRACT #7751

TSA APPROVAL #IS74-045-0008X

Agent's IATA Code | Account No.
01-1-3448-0012

Airport of Departure (Addr. of First Carrier) and Requested Routing
LOS ANGELES INTERNATIONAL

Reference Number | Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRA | LUFTHANSA | | AUH LH | | USD | P | XX | XX | | N.V.D. | |

Airport of Destination
ABU DHABI

Amount of Insurance

INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked 'Amount of Insurance'.

Handling Information

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED. SCI

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 8 | 139 kg | | G.C. | 178 kg | $2.20 | $391.60 | NON-HAZARDOUS AUTO PARTS |
| | | | | | | | 5@ 31x31x11 |
| | | | | | | | 2@ 22x22x10 |
| | | | | | | | 1@ 53x12x3 |
| | | | | | | | |
| | | | NO SED REQ./VALUE LESS THAN $2500.00 | | | | |
| | | | "NBR 30.55h" | | | $2500.00 | CARGO ACCEPTED FROM A KNOWN SHIPPER |
| 8 | 139 kg | | | | | $391.60 | |

| Prepaid | Weight Charges | Collect | Other Charges |
|---|---|---|---|
| $391.60 | | | |

Valuation Charge

Tax

Total Other Charges Due Agent

DEF 00161

Total Other Charges Due Carrier

$31.97

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

INTERNATIONAL SHIPPING COMPANY (USA)

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| $423.57 | |

Currency Conversion Rates | CC Charges in Dest. Currency

For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges

09-12-03    LOS ANGELES, CA.
Executed on (date)    at (place)    Signature of Issuing Carrier or its Agent

020-2586 2071

* Luftfrachtbrief (nicht begebbar) — eine verbindliche Übersetzung dieses Frachtbriefformulars (einschließlich der Vertragsbedingungen) in die deutsche Sprache liegt bei allen Lufthansa Frachtbüros aus.

020        2586 2200                                    020-2586 2200

| | |
|---|---|
| **Shipper's Name and Address**<br>CLIPPINGER CHEVROLET<br>WEST COVINA DODGE<br>2000 E. GARVEY AVE. SOUTH<br>WEST COVINA, CA. 91791 | **Not Negotiable**<br>**Air Waybill\***   **Lufthansa Cargo**<br>Issued by<br>Lufthansa Cargo AG<br>Langer Kornweg 34l<br>D-65451 Kelsterbach<br>Member of International<br>Air Transport Association |

**Shipper's Account Number**

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| | |
|---|---|
| **Consignee's Name and Address**<br>SHEIKH ESSA BIN ZAYED AL NAHYAN<br>P.O. BOX 464<br>ABU DHABI, U.A.E.<br>TEL. 441-1772 | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

**Consignee's Account Number**

| | |
|---|---|
| **Issuing Carrier's Agent Name and City**<br>INTERNATIONAL SHIPPING COMPANY (USA)<br>12919 S. FIGUEROA STREET<br>LOS ANGELES, CA. 90061 | **Accounting Information**<br><br>TSA APPROVAL#WP94-04-008<br>CONTRACT#LAX021S01 |

**Agent's IATA Code**   01-1-23448-0012   **Account No.**

| | |
|---|---|
| **Airport of Departure (Addr. of First Carrier) and Requested Routing**<br>LOS ANGELES INTERNATIONAL | **Reference Number**   **Optional Shipping Information** |

| By First Carrier | | To | By | To | By | Currency | CHGS CODE | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRA | LUFTHANSA | AUH | LH | | | USD | P | X | | X | | N.V.D. | |

| Airport of Destination | Requested Flight/Date | | Amount of Insurance | **INSURANCE** – If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |
|---|---|---|---|---|
| ABU DHABI | 15/06 | | | |

**Handling Information**

For U.S.A. use only these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to USA law prohibited.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class | Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|
| 1 | 113 kg | | G.C. | | 160 kg | $2.20 | $352.00 | 1 SKID OF TIRES (5)<br>54x31x35 |
| | | | | | | | | CARGO ACCEPTED FROM A KNOWN SHIPPER |
| | | | AES-XTN 953001369-10221960 | | | | | |
| 1 | 113 Kg | | | | | | $352.00 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| $352.00 | | | |

| | Valuation Charge | |
|---|---|---|

| | Tax | |
|---|---|---|

| | Total Other Charges Due Agent | |
|---|---|---|

| | Total Other Charges Due Carrier | |
|---|---|---|
| | $25.99 | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

INTERNATIONAL SHIPPING COMPANY (USA)

_____
Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| $377.99 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

10-06-03   LOS ANGELE, CA.
Executed on (date)       at (place)        Signature of Issuing Carrier or its Agent

DEF 00163

\* Luftfrachtbrief (nicht begebbar) – eine verbindliche Übersetzung dieses Frachtbriefformulars (einschließlich der Vertragsbedingungen) in die deutsche Sprache liegt bei allen Lufthansa Frachtbüros aus.

020-2586 2200

ORIGINAL 2 (FOR CONSIGNEE)

# CLIPPINGER CHEVROLET Olds.

*Clippinger Has Been Serving The Valley With Integrity Since 1921*

Business Office: 2000 East Garvey Ave. South • West Covina, CA 91791-1911 • (626) 331-0041   Fax (626) 332-8763

## 137 W. SAN BERNARDINO RD. • COVINA, CA 91722 • (626) 339-6261

## WE STOCK PARTS FOR ALL GENERAL MOTORS CARS AND TRUCKS.



HUMMER

GENUINE
GM Parts

DODGE JEEP CHRYSLER MOPAR CHEVROLET BUICK
OLDSMOBILE CADILLAC GMC MEDIUM DUTY TRUCKS
THAT'S RIGHT!!!!!!
CLIPPINGER CHEV HAS PARTS FOR ALL THESE CARS
**********GIVE US A CALL TODAY***********

0201G768592

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P. O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE |
|---|---|---|---|---|---|---|---|
| 15513 | OVERSEAS | | | PENDING | BALDWIN LOPEZ | 10/06/03 | 768592 CVW |

B
I
L
L
ISSA ALNEHYAN
100 BARRANCA AVENUE
WEST COVINA, CA 91791
T
O

DIRECT PARTS LINES
(626) 339-6211
(909) 599-8475
Fax # (626) 967-3432

PARTS DEPT. HOURS
MONDAY THRU FRIDAY
7:00 A.M. to 6:00 P.M.
SATURDAY
8:00 A.M. to 1:00 P.M.

GM PERFORMANCE
PARTS
WE SUPPLY PARTS
FOR ALL GM CARS
AND TRUCKS
INCLUDING

**CHEVROLET**

**CADILLAC**

**OLDSMOBILE**

**BUICK**

**PONTIAC**

**GMC TRUCKS**

| QUANTITY SHIP / B.O. | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|
| 5 | 27556R20 TIRE ..... REBILL .... | BODY | 249.00 | 249.00 | 1245.00 |

1921        2003

|  |  |  |
|---|---|---|
| | SUBTOTAL | 1245.00 |
| | TAX | 0.00 |
| | FREIGHT | 0.00 |
| | PAY THIS AMOUNT | 1245.00 |

ICIAL MESSAGE: NO REFUNDS WITHOUT THIS INVOICE. NO RETURNS AFTER 15 DAYS, NO RETURNS ON ELECTRI-
OR SPECIAL ORDERED PARTS. NO RETURNS ON USED PARTS. 20% HANDLING CHARGE ON ALL RETURNED PARTS.
HANDLING CHARGE ON ALL RETURNED PARTS. REFUND ON PURCHASES PAID BY CHECK WILL BE MADE AFTER
CK CLEARS. ALL REFUNDS WILL BE IN THE FORM OF A COMPANY CHECK.
WARRANTY DOES NOT COVER PARTS OR ACCESSORIES THAT FAIL DUE TO ABUSE, MISUSE, NEGLECT, ALTERATION
ACCIDENT OR WHICH HAVE BEEN IMPROPERLY LUBRICATED OR REPAIRED, OR USED IN APPLICATIONS FOR WHICH
Y WERE EITHER NOT DESIGNED OR NOT APPROVED BY THE COMPANY, OR ARE CLEANED, ADJUSTED OR REPLACED
PART OF NORMAL MAINTENANCE, OR SPARK PLUGS THAT ARE OIL FOULED OR WHICH FAIL DUE TO THE USED OF
N-GRADE FUEL, IMPROPER SELECTION OF HEAT RANGE OR MISAPPLICATION.
ES MUST BE RETURNED IN ORIGINAL CONTAINER, ASSEMBLED AND DRAINED OF ALL FLUIDS. ENGINES MUST TURN
DEGREES AND ALL CORES ARE SUBJECT TO INSPECTION.
en read, understood and accept all provisions of the above statements.

PRINT
NAME

09:28:57          IN56          1 OF 1

DEF 00164

# Sharper Translation Services, Inc.

9306 Campbell Road
Houston, Texas 77080
Tel: 713 789-2992
Fax: 713 789-1898

# 𝕿𝖗𝖆𝖓𝖘𝖑𝖆𝖙𝖎𝖔𝖓 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖈𝖆𝖙𝖎𝖔𝖓

To Whom It May Concern:

This letter is to certify that Sharper Translation Services, Inc. translated the attached **"Money Transfer Receipt" (Ref. #08-11012)** from **Arabic** into **English** on **Saturday, November 1, 2008** under The American Translators Association (ATA) standards. We have made the enclosed translation of a copy of the original documents in the **Arabic language** and hereby certify that the same is a true and complete translation to the best of our knowledge, ability, and belief.

Signature: _____

Title: Translation Manager:  Bandak

Notary Public:  Regina Guerrero



Signature: _____    Date: 11/01/08

```
REGINA GUERRERO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
AUGUST 2, 2009
```

*\* Valid ONLY if the attached document is sealed by Sharper Translation Services, Inc.*

**Essa Bin Zayed Al-Nehyan**

**Ref.: 1152**



**Date: October 1, 2002**

**Messrs/ Al-Etihad National Bank,**

**El-Salam Branch**

**Attn.: Mr. Mohammed Islam**

**Kindly transfer the amount of $65,850 (Only Sixty five thousand, eight hundred and fifty US Dollar) from my account No. 6501872911 to the following account:**

**AICA Inc.**
**Wells Fargo Bank**
**Rochester, MN**
**Acc# 4270506587**
**Routing# 091000019**

**Thank you for your cooperation,**

(Signature)
Issa Bin Zayed Al-Nehyan





DEF 00324

Tel: 4411112 - Fax: 4411772 – P.O. Box: 464 – Abu Dhabi
E-mail: hdaz@emirates.net.ae

*Essa Bin Zayed Al Nahyan*
1152



عيسهـ بن زايـد آل نـهيـان
١١٥٢

٢٠٠٢/١٠/٠١

السادة/ بنك الاتحاد الوطني- المحترمين
فرع السلام
السيد/ محمد إسلام
تحية طيبة وبعد ،،،،،

نود منكم  تحويل مبلغ وقدره/٦٥٨٥٠/$(فقط خمسة وستون ألف وثمانمائة
وخمسون دولار أمريكي) من حسابي رقم/٦٥٠١٨٧٢٩١١/ إلى الحساب :

AICA  Inc
Wells Fargo Bank
Rochester , MN
Acc#4270506587
Routing # 091000019

شــاكرين لـكم حسـن تعـاونكم



عيسى بن زايد آل نهيان




**DEF 00324**

Tel. : 4411112 - Fax: 4411772 - P.O. Box : 464 - Abu Dhabi    هاتف : ٤٤١١١١٢ – فاكس : ٤٤١١٧٧٢ – ص. ب : ٤٦٤ – أبوظبي
E-mail : hdaz@emirates.net.ae   البريد الالكتروني