# EXHIBIT N

| DATE | LAW FIRM | RESPONSE |
|---|---|---|
| 02/12/2008 | Ferris & Co. | Could not reach |
| 03/24/2008 | Fulbright & Jaworski, L.L.P. | No Response |
| 03/24/2008 | Gibson, Dunn & Crutcher, LLP | No Response |
| 02/12/2008 | Habib Al Mulla & Co. | No Response |
| 02/27/2008 | Habib Al Mulla & Co. | 02/28/2008 |
| 02/12/2008 | Hadef Al Dhahiri & Associates (Dubai) | 02/13/2008 |
| 02/12/2008 | Hadef Al Dhahiri & Associates (Abu Dhabi) | No Response |
| 02/27/2008 | Hadef, Al Dhahiri & Associates (Dubai) | No Response |
| 02/12/2008 | Hilal & Associates | No Response |
| 02/27/2008 | Hilal & Associates | No Response |
| 02/12/2008 | Holman Fenwick & Willan | No Response |
| 02/27/2008 | Holman Fenwick & Willan | No Response |
| 02/12/2008 | International Legal Practice | Could not reach |
| 02/27/2008 | International Legal Practice | 03/02/2008 |
| 03/24/2008 | King & Spalding | No Response |
| 02/12/2008 | Maples and Calder | 02/13/2008 |
| 02/12/2008 | Norton Rose (Middle East), LLP | 02/20/2008 |
| 03/24/2008 | Reed Smith Richards Butler LLP (Dubai) | Could not reach |
| 03/25/2008 | Reed Smith Richards Butler LLP (Abu Dhabi) | No Response |
| 02/12/2008 | Shalakany Law Office | 02/26/2008 |
| 02/12/2008 | Simmons & Simmons (Dubai) | 02/16/2008 |
| 02/12/2008 | Simmons & Simmons (Abu Dhabi) | No Response |
| 03/24/2008 | Vinson & Elkins (Dubai) | 03/25/2008 |
| 03/24/2008 | Vinson & Elkins (Abu Dhabi) | No Response |
| 02/12/2008 | Afridi & Angell | 02/13/2008 |
| 02/12/2008 | Walkers | Could not reach |
| 02/27/2008 | Walkers | No Response |
| 02/12/2008 | Ali H. Ghohesh & Partners | 02/17/2008 |
| 02/12/2008 | Emirates International Law Firm | 02/13/2008 |
| 02/21/2008 | Emirates International Law Firm | No Response |
| 02/12/2008 | Kudsi Law Firm | 02/13/2008 |
| 03/24/2008 | Shearman & Sterling LLP | No Response |

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**
OF COUNSEL

February 12, 2008

Mr. Abuzar Omar Alnour
Ferris & Co.
Suite 2303, Al Moosa Tower II
P.O. Box 75542
Dubai, United Arab Emirates

*Via Facsimile No. 011-971-4-332-0060*

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Abuzar Omar Alnour:

    I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

    Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

    Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green

*Via Hand Delivery*

000825

```
┌─────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT   │
└─────────────────────────────────────┘
```

```
                                TIME  : 02/14/2008 10:36
                                NAME  : THE KLEIN LAW FIRM
                                FAX   : 7132271121
                                TEL   : 7136501111
                                SER.# : BROF6J482820
```

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME                        02/14  10:36                │
│   FAX NO./NAME                     01197143320060              │
│   DURATION                         00:00:00                    │
│   PAGE(S)                          00                          │
│   RESULT                           BUSY                        │
│   MODE                             STANDARD                    │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

**Date:** February 12, 2008

**To:** Mr. Abuzar Omar Alnour
**Fax:** (011) 971-4-332-0060

**Subject:** Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

**Sender:** J. Todd Trombley

000826

TRANSMISSION VERIFICATION REPORT

```
TIME  : 02/12/2008 18:23
NAME  : THE KLEIN LAW FIRM
FAX   : 7132271121
TEL   : 7136501111
SER.# : BROF6J482820
```

```
DATE,TIME              02/12  18:23
FAX NO./NAME           00197143320060
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 12, 2008

To:         Mr. Abuzar Omar Alnour
Fax:        (011) 971-4-332-0060

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Sender:     J. Todd Trombley

000827

---

TRANSMISSION VERIFICATION REPORT

```
                        TIME  : 02/14/2008 09:29
                        NAME  : THE KLEIN LAW FIRM
                        FAX   : 7132271121
                        TEL   : 7136501111
                        SER.# : BROF6J482820
```

```
DATE,TIME                     02/14  09:29
FAX NO./NAME                  01197143320060
DURATION                      00:00:00
PAGE(S)                       00
RESULT                        BUSY
MODE                          STANDARD
```

BUSY: BUSY/NO RESPONSE

---

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Abuzar Omar Alnour
Fax:         (011) 971-4-332-0060

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

000828

```
┌─────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT │
└─────────────────────────────────┘
                                    TIME  : 02/19/2008 15:33
                                    NAME  : THE KLEIN LAW FIRM
                                    FAX   : 7132271121
                                    TEL   : 7136501111
                                    SER.# : BROF6J482820
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME              02/19  15:33                            │
│  FAX NO./NAME           01197143320060                         │
│  DURATION               00:00:00                               │
│  PAGE(S)                00                                      │
│  RESULT                 BUSY                                    │
│  MODE                   STANDARD                               │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:      February 12, 2008

To:        Mr. Abuzar Omar Alnour
Fax:       (011) 971-4-332-0060

Subject:   Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
           *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
           *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
           *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
           District of Texas, Houston Division

Sender:    J. Todd Trombley

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Abuzar Omar Alnour
Fax:         (011) 971-4-332-0060          *CO 70*

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM AT (713) 650-1111**

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000830

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**
OF COUNSEL

March 24, 2008

Mr. Mark Bisch
Fulbright & Jaworski, L.L.P.
Holiday Centre, Crowne Plaza
Suites 1102-1104
P.O. Box 13677
Dubai, United Arab Emirates

*Via Facsimile 011-971-4-331-8287*

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Mark Bisch:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green

*Via Facsimile No. (713) 654-2155*

000831

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        March 24, 2008

To:          Mr. Mark Bisch
Fax:         (011) 971-4-331-8287

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000832

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/24/2008 16:54
NAME  : THE KLEIN LAW FIRM
FAX   : 7132271121
TEL   : 7136501111
SER.# : BROF6J482820
```

```
DATE,TIME          03/24  16:54
FAX NO./NAME       01197143318287
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       March 24, 2008

To:         Mr. Mark Bisch
Fax:        (011) 971-4-331-8287

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

000833

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

——————————

**MYRIAM K. LEGGE**
OF COUNSEL

March 24, 2008

Mr. Peter L. Baumbusch                                       *Via Facsimile 011-971-4-365-0474*
Gibson, Dunn & Crutcher LLP
Level 15, The Gate
Dubai International Financial Centre
P.O. Box 506654
Dubai, United Arab Emirates

Re:   Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Peter L. Baumbusch:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:   Mr. Robert D. Green                                    *Via Facsimile No. (713) 654-2155*

000834

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        March 24, 2008

To:          Mr. Peter L. Baumbusch
Fax:         (011) 971-4-365-0474

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET.  IF  YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above.  If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000835

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 03/24/2008 16:53
                                        NAME : THE KLEIN LAW FIRM
                                        FAX  : 7132271121
                                        TEL  : 7136501111
                                        SER.# : BROF6J482820
```

```
DATE,TIME           03/24  16:52
FAX NO./NAME        01197143650474
DURATION            00:01:02
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:      March 24, 2008

To:        Mr. Peter L. Baumbusch
Fax:       (011) 971-4-365-0474

Subject:   Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:    J. Todd Trombley

000836

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**
OF COUNSEL

February 12, 2008

Mr. Abdulaziz K. Al-Hanaee                            *Via Facsimile No. 011-971-4-331-6050*
Habib Al Mulla & Co.
18th Floor-Kendah House
Sheik Zayed Road
P.O. Box 2268
Dubai, United Arab Emirates

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
*H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
*Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
*Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
District of Texas, Houston Division

Dear Mr. Abdulaziz K. Al-Hanaee:

I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                                            *Via Hand Delivery*

000841

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Abdulaziz K. Al-Hanaee

Fax:         (011) 971-4-331-6050

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000842

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 02/12/2008 17:44
                                    NAME : THE KLEIN LAW FIRM
                                    FAX  : 7132271121
                                    TEL  : 7136501111
                                    SER.# : BROF6J482820
```

```
      DATE,TIME                     02/12  17:43
      FAX NO./NAME                  01197143316050
      DURATION                      00:00:38
      PAGE(S)                       02
      RESULT                        OK
      MODE                          STANDARD
                                    ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Abdulaziz K. Al-Hanaee

Fax:         (011) 971-4-331-6050

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

000843

# THE KLEIN LAW FIRM

ALEXANDER B. KLEIN III

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

J. TODD TROMBLEY

MYRIAM K. LEGGE

OF COUNSEL

February 27, 2008

Dr. Habib Al Mulla
Habib Al Mulla & Co.
18th Floor-Kendah House
Sheik Zayed Road
P.O. Box 2268
Dubai, United Arab Emirates

*Via Facsimile No. 011-971-4-331-6050*
*Via Email: habib@habibalmulla.com*

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Dr. Habib Al Mulla::

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:     Mr. Robert D. Green                                                 *Via Hand Delivery*

000838

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Dr. Habib Al Mulla

Fax:         (011) 971-4-331-6050

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000839

TRANSMISSION VERIFICATION REPORT

```
TIME : 02/27/2008 15:19
NAME : THE KLEIN LAW FIRM
FAX  : 7132271121
TEL  : 7136501111
SER.# : BROF6J482820
```

```
DATE,TIME          02/27  15:18
FAX NO./NAME       01197143316050
DURATION           00:00:39
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Dr. Habib Al Mulla

Fax:         (011) 971-4-331-6050

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000840

## Todd Trombley

**From:**    "Dr.Habib Almulla" <habib.almulla@habibalmulla.com>
**To:**       <todd@thekleinlawfirm.com>
**Sent:**     Thursday, February 28, 2008 7:44 AM
**Subject:**  Ref: GEN/DH/251/02/08

Dear Mr. Trombley,

With reference to your fax letter dated 27th February, unfortunately we are not in a position to provide these services and assist you in this matter.

Thanking you for your inquiry.

Best regards,
Dr. Habib Al Mulla

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify us immediately by telephone or contact the sender by reply e-mail and delete all copies of this message.

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 12, 2008

Mr. Murad Abida                                    *Via Facsimile No. 011-971-4-429-2888*
Hadef Al Dhahiri & Associates
Level 5, Building 3, Burj Dubai Square
Sheikh Zayed Road
P.O. Box 37172
Dubai, United Arab Emirates

     Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
              *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
              *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
              *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
              District of Texas, Houston Division

Dear Mr. Murad Abida:

       I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

       Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

       Thank you for your attention to this matter.

                                 Yours very truly,

                                   J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                                    *Via Hand Delivery*

000848

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 12, 2008

To:         Mr. Murad Abida
Fax:        (011) 971-4-429-2888

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF  YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above.  If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                        TIME : 02/12/2008 17:43
                                        NAME : THE KLEIN LAW FIRM
                                        FAX  : 7132271121
                                        TEL  : 7136501111
                                        SER.# : BROF6J482820
```

```
DATE,TIME                    02/12  17:42
FAX NO./NAME                 01197144292888
DURATION                     00:00:53
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Murad Abida
Fax:         (011) 971-4-429-2888

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000850

## Todd Trombley

| | |
|---|---|
| **From:** | "Murad Abida" <m.abida@hadef.ae> |
| **To:** | <todd@thekleinlawfirm.com> |
| **Cc:** | "Dr.Faraj Ahnish" <ahnish@hadalaw.ae>; "Sadiq Jafar" <s.jafar@hadef.ae>; "Richard Briggs" <r.briggs@hadef.ae> |
| **Sent:** | Wednesday, February 13, 2008 1:45 AM |
| **Subject:** | Request for services |

Dear Mr. Todd Trembley

Reference your request for services via you fax letter dated 12 February 2008. We are obliged to decline this request as we have a conflict of interest on our part.

We also would like to thank you for considering us for your business.

Best regards

Murad Abida
Partner
Head of Corporate
Hadef Al Dhahiri & Associates

Level 5, Building 3
Burj Dubai Square
P.O. Box 37172
Dubai, UAE

Telephone: +971 4 429 2999
Fax: +971 4 429 2888
E-mail: m.abida@hadef.ae
Website: www.hadalaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 12, 2008

Mr. Mohammed O. Abdalla                           *Via Facsimile 011-971-2-627-6556*
Hadef Al Dhahiri & Associates
12th Floor, The Blue Tower
Khalifa Street
P.O. Box 3727
Abu Dhabi, United Arab Emirates

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.
        H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al
        Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The
        Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
        District of Texas, Houston Division

Dear Mr. Mohammed O. Abdalla:

I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:     Mr. Robert D. Green                              *Via Hand Delivery*

000943

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Mohammed O. Abdalla
Fax:         (011) 971-2-627-6556

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

> **TRANSMISSION VERIFICATION REPORT**

```
TIME : 02/12/2008 18:02
NAME : THE KLEIN LAW FIRM
FAX  : 7132271121
TEL  : 7136501111
SER.# : BROF6J482820
```

```
DATE,TIME          02/12  18:01
FAX NO./NAME       01197126276556
DURATION           00:00:27
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Mohammed O. Abdalla
Fax:         (011) 971-2-627-6556

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 27, 2008

Dr. Faraj A. Ahnish                          *Via Facsimile 011-971-4-429-2888*
Hadef, Al Dhahiri & Associates               *Via Email: ahnish@hadalaw.ae*
Level 5, Building 3, Burj Dubai Square
Sheikh Zayed Road
P.O. Box 37172
Duabi, United Arab Emirates

    Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Dear Dr. Faraj A. Ahnish:

    I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.  Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan.  Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

    Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

    Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:   Mr. Robert D. Green                                    *Via Hand Delivery*

000845

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Dr. Faraj A. Ahnish

Fax:         (011) 971-4-429-2888

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

```
TRANSMISSION VERIFICATION REPORT
```

```
                                  TIME : 02/27/2008 15:04
                                  NAME : THE KLEIN LAW FIRM
                                  FAX  : 7132271121
                                  TEL  : 7136501111
                                  SER.# : BROF6J482820
```

```
DATE,TIME              02/27  15:03
FAX NO./NAME           01197144292888
DURATION               00:00:55
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

### FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Dr. Faraj A. Ahnish

Fax:         (011) 971-4-429-2888

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

000847

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**
_____
**MYRIAM K. LEGGE**
OF COUNSEL

February 12, 2008

Mr. Jamal Hassan Abdo Al Najjar                    *Via Facsimile No. 011-971-4-295-5377*
Hilal & Associates
P.O. Box 7372
Dubai, United Arab Emirates

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
        *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
        *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
        *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
        District of Texas, Houston Division

Dear Mr. Jamal Hassan Abdo Al Najjar:

        I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

        Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

        Thank you for your attention to this matter.

                                        Yours very truly,

                                        J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                              *Via Hand Delivery*

000859

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Jamal Hassan Abdo Al Najjar

Fax:         (011) 971-4-295-5377

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL **PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                        TIME  : 02/12/2008 18:10
                        NAME  : THE KLEIN LAW FIRM
                        FAX   : 7132271121
                        TEL   : 7136501111
                        SER.# : BROF6J482820
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME              02/12  18:09                               │
│   FAX NO./NAME           01197142955377                            │
│   DURATION               00:00:35                                  │
│   PAGE(S)                02                                         │
│   RESULT                 OK                                         │
│   MODE                   STANDARD                                  │
│                          ECM                                       │
└──────────────────────────────────────────────────────────────────┘
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Jamal Hassan Abdo Al Najjar

Fax:         (011) 971-4-295-5377

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.
             H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al
             Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The
             Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

000861

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

———————
**MYRIAM K. LEGGE**
OF COUNSEL

February 27, 2008

Mr. Jamal Hassan Abdo Al Najjar
Hilal & Associates
P.O. Box 7372
Dubai, United Arab Emirates

*Via Facsimile No. 011-971-4-295-5377*
*Via Email: jamal@hilalassociates.com*

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Jamal Hassan Abdo Al Najjar:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:     Mr. Robert D. Green                                    *Via Hand Delivery*

000851

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 02/27/2008 15:01
                              NAME  : THE KLEIN LAW FIRM
                              FAX   : 7132271121
                              TEL   : 7136501111
                              SER.# : BROF6J482820
```

```
DATE,TIME                 02/27  15:01
FAX NO./NAME              01197142955377
DURATION                  00:00:00
PAGE(S)                   00
RESULT                    BUSY
MODE                      STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:         February 27, 2008

To:           Mr. Jamal Hassan Abdo Al Najjar

Fax:          (011) 971-4-295-5377

Subject:      Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:       J. Todd Trombley

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 02/27/2008 15:30
                                    NAME : THE KLEIN LAW FIRM
                                    FAX  : 7132271121
                                    TEL  : 7136501111
                                    SER.# : BROF6J482820
```

```
DATE,TIME           02/27  15:30
FAX NO./NAME        01197142955377
DURATION            00:00:00
PAGE(S)             00
RESULT              BUSY
MODE                STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 27, 2008

To:         Mr. Jamal Hassan Abdo Al Najjar

Fax:        (011) 971-4-295-5377

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

000853

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 27, 2008

To:         Mr. Jamal Hassan Abdo Al Najjar

Fax:        (011) 971-4-295-5377

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**
OF COUNSEL

February 27, 2008

Mr. Jamal Hassan Abdo Al Najjar
Hilal & Associates
P.O. Box 7372
Dubai, United Arab Emirates

*Via Facsimile No. 011-971-4-295-5377*
*Via Email: jamal@hilalassociates.com*

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Jamal Hassan Abdo Al Najjar:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                              *Via Hand Delivery*

000855

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘
                          TIME  : 02/27/2008 15:01
                          NAME  : THE KLEIN LAW FIRM
                          FAX   : 7132271121
                          TEL   : 7136501111
                          SER.# : BROF6J402020
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME              02/27  15:01                           │
│  FAX NO./NAME           01197142955377                        │
│  DURATION               00:00:00                              │
│  PAGE(S)                00                                    │
│  RESULT                 BUSY                                  │
│  MODE                   STANDARD                             │
└──────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 27, 2008

To:         Mr. Jamal Hassan Abdo Al Najjar

Fax:        (011) 971-4-295-5377

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Sender:     J. Todd Trombley

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME : 02/27/2008 15:30
NAME : THE KLEIN LAW FIRM
FAX  : 7132271121
TEL  : 7136501111
SER.# : BROF6J482820
```

```
DATE,TIME        02/27  15:30
FAX NO./NAME     01197142955377
DURATION         00:00:00
PAGE(S)          00
RESULT           BUSY
MODE             STANDARD
```

·BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 27, 2008

To:         Mr. Jamal Hassan Abdo Al Najjar

Fax:        (011) 971-4-295-5377

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:     J. Todd Trombley

000857

## The Klein Law Firm

| | |
|---|---|
| **From:** | "The Klein Law Firm" <firm@thekleinlawfirm.com> |
| **To:** | "Jamal Hassan Abo Al Najjar" <jamal@hilalassociates.com> |
| **Sent:** | Wednesday, February 27, 2008 3:38 PM |
| **Attach:** | 02-27-2008.pdf |
| **Subject:** | Referral work from the Klein Law Firm |

Dear Mr. Jamal Hassan Abdo Al Najjar:

I attach a PDF letter inquiring about your services. I have been uable to get the fax through to you. Please do not hesitate to contact me if you have any questions. Thank you for your attention to this matter.

J. Todd Trombley
The Klein Law Firm
2000 The Lyric Centre
440 Louisiana Street
Houston, Texas  77002
Telephone: (713) 650-1111
Facsimile:   (713) 227-1121
Email:  firm@thekleinlawfirm.com

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank you.

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 12, 2008

Mr. Edward Newitt                                        *Via Facsimile 011-971-4-331-9988*
Holman Fenwick & Willan
Commercial Tower, Holiday Centre
Sheikh Zayed Road
P.O. Box 53934
Dubai, United Arab Emirates

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
*H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
*Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
*Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
District of Texas, Houston Division

Dear Mr. Edward Newitt:

I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                                        *Via Hand Delivery*

000865

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 12, 2008

To:         Mr. Edward Newitt

Fax:        (011) 971-4-331-9988

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan,, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:     J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL **PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

000866

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 02/12/2008 17:39
                              NAME  : THE KLEIN LAW FIRM
                              FAX   : 7132271121
                              TEL   : 7136501111
                              SER.# : BROF6J482820
```

```
   DATE,TIME                  02/12  17:36
   FAX NO./NAME               01197143319988
   DURATION                   00:03:16
   PAGE(S)                    02
   RESULT                     OK
   MODE                       STANDARD
                              ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Edward Newitt

Fax:         (011) 971-4-331-9988

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan,, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 27, 2008

Mr. Edward Newitt
Holman Fenwick & Willan
Commercial Tower, Holiday Centre
Sheikh Zayed Road
P.O. Box 53934
Dubai, United Arab Emirates

*Via Facsimile 011-971-4-331-9988*
*Via Email: Edward.newitt@hfw.ae*

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Edward Newitt:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:     Mr. Robert D. Green

*Via Hand Delivery*

000862

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Mr. Edward Newitt

Fax:         (011) 971-4-331-9988

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan,, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

---

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 02/27/2008 14:57
                                    NAME : THE KLEIN LAW FIRM
                                    FAX  : 7132271121
                                    TEL  : 7136501111
                                    SER.# : BROF6J482820
```

```
DATE,TIME          02/27  14:56
FAX NO./NAME       01197143319988
DURATION           00:00:55
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Mr. Edward Newitt

Fax:         (011) 971-4-331-9988

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000864

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 12, 2008

Mr. Ali Al Aidarous                                    *Via Facsimile No. 011-971-4-282-8011*
International Legal Practice
Zalfa Building, Al Garhoud Street, Suite 101
P.O. Box 33299
Dubai, United Arab Emirates

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
       *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
       *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
       *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
       District of Texas, Houston Division

Dear Mr. Ali Al Aidarous:

   I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

   Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

   Thank you for your attention to this matter.

                                        Yours very truly,

                                        J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                              *Via Hand Delivery*

000872

TRANSMISSION VERIFICATION REPORT

```
                        TIME  : 02/14/2008 10:39
                        NAME  : THE KLEIN LAW FIRM
                        FAX   : 7132271121
                        TEL   : 7136501111
                        SER.# : BROF6J482820
```

```
DATE,TIME                          02/14  10:39
FAX NO./NAME                       01197142829011
DURATION                           00:00:00
PAGE(S)                            00
RESULT                             BUSY
MODE                               STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Ali Al Aidarous

Fax:         (011) 971-4-282-9011

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000873

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                              TIME  : 02/14/2008 09:31
                              NAME  : THE KLEIN LAW FIRM
                              FAX   : 7132271121
                              TEL   : 7136501111
                              SER.# : BROF6J482820
```

| | |
|---|---|
| DATE,TIME | 02/14  09:31 |
| FAX NO./NAME | 01197142829011 |
| DURATION | 00:00:00 |
| PAGE(S) | 00 |
| RESULT | BUSY |
| MODE | STANDARD |

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 12, 2008

To:         Mr. Ali Al Aidarous

Fax:        (011) 971-4-282-9011

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:     J. Todd Trombley

000874

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 02/12/2008 17:35
                                    NAME  : THE KLEIN LAW FIRM
                                    FAX   : 7132271121
                                    TEL   : 7136501111
                                    SER.# : BROF6J482820
```

```
DATE,TIME                02/12  17:35
FAX NO./NAME             01197142829011
DURATION                 00:00:00
PAGE(S)                  00
RESULT                   BUSY
MODE                     STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Ali Al Aidarous

Fax:         (011) 971-4-282-9011

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000875