TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 02/18/2008 15:42
                                    NAME  : THE KLEIN LAW FIRM
                                    FAX   : 7132271121
                                    TEL   : 7136501111
                                    SER.# : BROF6J482820
```

```
      DATE,TIME            02/18  15:42
      FAX NO./NAME         01197142829011
      DURATION            00:00:00
      PAGE(S)             00
      RESULT             BUSY
      MODE               STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

**Date:** February 12, 2008

**To:** Mr. Ali Al Aidarous

**Fax:** (011) 971-4-282-9011

**Subject:** Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

**Sender:** J. Todd Trombley

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Ali Al Aidarous

Fax:         (011) 971-4-2829011        *www.alaidarous.com*

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF  YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

---

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above.  If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**
———————————
**MYRIAM K. LEGGE**
OF COUNSEL

February 27, 2008

Mr. Ali Al Aidarous                          *Via Facsimile No. 011-971-4-282-8011*
International Legal Practice
Zalfa Building, Al Garhoud Street, Suite 101
P.O. Box 33299
Dubai, United Arab Emirates

　　　　Re:　　Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
*H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
*Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
*Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
District of Texas, Houston Division

Dear Mr. Ali Al Aidarous:

　　　　I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

　　　　Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

　　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Yours very truly,

　　　　　　　　　　　　　　　　　　　　　　J. Todd Trombley

JTT:jsl

cc:　　Mr. Robert D. Green                                      *Via Hand Delivery*

000869

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:          February 27, 2008

To:            Mr. Ali Al Aidarous

Fax:           (011) 971-4-282-8011

Subject:       Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Sender:        J. Todd Trombley

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL **PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 02/27/2008 14:40
                                    NAME : THE KLEIN LAW FIRM
                                    FAX. : 7132271121
                                    TEL  : 7136501111
                                    SER.# : BROF6J482820


DATE,TIME              02/27  14:39
FAX NO./NAME           01197142828011
DURATION               00:00:51
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON. TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 27, 2008

To:          Mr. Ali Al Aidarous

Fax:         (011) 971-4-282-8011

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000871

**Todd Trombley**

| | |
|---|---|
| **From:** | "ramez" <ramez@alialaidarous.com> |
| **To:** | <todd@thekleinlawfirm.com> |
| **Sent:** | Sunday, March 02, 2008 1:06 AM |
| **Subject:** | service of process |

Dear Mr. Trombley,

Thank you for your fax dated February 27, 2008 expressing your interest in retaining our firm's services to effectuate service of process on UAE individual defendants in a lawsuit pending in federal district court in Houston, Texas.

However, in UAE jurisdiction effectuating service of process is exclusively lodged with the court, and may not be done by a law firm. Hence, we regret to inform you that we cannot carry out the matter which you are intending to retain our services.

We hope to be of service to you in some other matters in the future.

*Best Regards*

# Ramez AL Rayyes

*Business Development Manager*
*Ali Al Aidarous International Legal Practice*
Tel. +9714-282-8000  Fax  +9714-282-8011
*Email:*ramez@alialaidarous.com  www.alialaidarous.com

 **Please consider the environment before printing this e-mail**

3/3/2008
000868

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**
OF COUNSEL

March 24, 2008

Mr. Tamam A. Barhoush
King & Spalding
Park Place Tower
7th Floor
Sheikh Zayed Road
P.O. Box 117452
Dubai, United Arab Emirates

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan; H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Tamam A. Barhoush:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:     Mr. Robert D. Green                     *Via Facsimile No. (713) 654-2155*

000878

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:          March 24, 2008

To:            Mr. Tamam A. Barhoush
Fax:           (011) 971-4-305-0055

Subject:       Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
               *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
               *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
               *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
               District of Texas, Houston Division

Sender:        J. Todd Trombley

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000879

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                              TIME  : 03/24/2008 16:46
                              NAME  : THE KLEIN LAW FIRM
                              FAX   : 7132271121
                              TEL   : 7136501111
                              SER.# : BROF6J482820
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME              03/24  16:45                               │
│   FAX NO./NAME           01197143050055                            │
│   DURATION               00:00:38                                  │
│   PAGE(S)                02                                         │
│   RESULT                 OK                                         │
│   MODE                   STANDARD                                  │
│                          ECM                                       │
└──────────────────────────────────────────────────────────────────┘
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        March 24, 2008

To:          Mr. Tamam A. Barhoush
Fax:         (011) 971-4-305-0055

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.
             H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al
             Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The
             Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

000880

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**
OF COUNSEL

February 12, 2008

Mr. Tahir Jawed
Maples and Calder
The Exchange Building, 5th Floor
Dubai International Financial Centre
P.O. Box 119980
Dubai, United Arab Emirates

*Via Facsimile 011-971-4-360-4080*

Re:    Civil Action No. 4:06-CV-2683; Bassam Nabulsi, and his wife, Rima Nabulsi vs.
H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan,
H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family
Bin Zayed al Nahyan; In the United States Court for the Southern District of Texas,
Houston Division

Dear Mr. Tahir Jawed:

I am writing to inquire about retaining the services of your Firm to effectuate service of
process on several individual defendants in the above-referenced lawsuit pending in federal district
court in Houston, Texas. Specifically, we need to effectuate service on the following individual
defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and
H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential
conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact
information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                                    Via Hand Delivery

000882

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Tahir Jawed

Fax:         (011) 971-4-360-4080

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM AT (713) 650-1111**

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                          TIME  : 02/12/2008 17:34
                          NAME  : THE KLEIN LAW FIRM
                          FAX   : 7132271121
                          TEL   : 7136501111
                          SER.# : BROF5J482820
```

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME                    02/12  17:33                    │
│   FAX NO./NAME                 01197143504080                  │
│   DURATION                     00:00:50                        │
│   PAGE(S)                      02                              │
│   RESULT                       OK                              │
│   MODE                         STANDARD                        │
│                                ECM                             │
└──────────────────────────────────────────────────────────────┘
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 12, 2008

To:         Mr. Tahir Jawed

Fax:        (011) 971-4-360-4080

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

000884



**MAPLES**

**Our ref**
**Direct tel**      +971 4 360 4071
**Email**           tahir.jawed@maplesandcalder.com

**By Fax – 001 713 227 1121**

J. Todd Trombley
The Klein Law Firm
2000 The Lyric Centre
440 Louisiana
Houston
Texas 77002
USA

13 February 2008

Dear Mr Trombley

**Retaining of services**

Thank you for your letter dated 12 February.  Unfortunately we are unable to assist you with this matter as this firm does not practice trial law.

Yours sincerely

Tahir Jawed

Maples and Calder
5th Floor  The Exchange Building  Dubai International Financial Centre  Sheikh Zayed Road  PO Box 119980
Dubai  United Arab Emirates  Tel +971 4 360 4070  Fax +971 4 360 4080  www.maplesandcalder.com
Regulated by the Dubai Financial Services Authority

TOTAL P.001

000881

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

**MYRIAM K. LEGGE**

OF COUNSEL

February 12, 2008

Ms. Jane Clayton                                           *Via Facsimile 011-971-4-369-6350*
Norton Rose (Middle East), L.L.P.
4th Floor
Gate Precinct Building 3
Dubai International Financial Centre
P.O. Box 103747
Dubai, United Arab Emirates

Re:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
        *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
        *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
        *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
        District of Texas, Houston Division

Dear Ms. Jane Clayton:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:     Mr. Robert D. Green                                 *Via Hand Delivery*

000886

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Ms. Jane Clayton

Fax:         (011) 971-4-369-6350

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above.  If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

000887

```
TRANSMISSION VERIFICATION REPORT
```

```
                                TIME  : 02/12/2008 18:08
                                NAME  : THE KLEIN LAW FIRM
                                FAX   : 7132271121
                                TEL   : 7136501111
                                SER.# : BROF6J482820
```

```
DATE,TIME              02/12  18:07
FAX NO./NAME           01197143696350
DURATION               00:00:53
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Ms. Jane Clayton

Fax:         (011) 971-4-369-6350


Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

20. FEB. 2008 14:07    NORTON ROSE    NO. 577    P. 1

RECEIVED
FEB 2 0 2008
BY:



**NORTON ROSE**

Norton Rose (Middle East) LLP
4th Floor
Gate Precinct Building 3
Dubai International Financial Centre
PO Box 103747
Dubai
UAE

Fax +971 (0)4 369 6350
www.nortonrose.com

If this transmission is unclear or incomplete please telephone +971 (0)4 369 6300

| From | Jane Clayton | Date | 20 February 2008 |
|------|--------------|------|------------------|
| Direct line | +971 (0)4 369 6312 | Our ref | JACL/0000010 |
| Mobile | +971 (0)50 5525642 | | |
| Email | jane.clayton@nortonrose.com | No of pages 1 (including this one) | |

| To | J. Todd Trombley | Tel | +1 713 650 1111 |
|----|------------------|-----|-----------------|
| | The Klein Law Firm | | |
| | Houston, Texas 77002 | | |
| Fax | **+1 713 227 1121** | | |

Dear Sirs

Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* in the United States Court for the Southern District of Texas, Houston Division

We regret that we are unable to assist you in respect of the above. We would suggest that you contact one of the local law firms in Dubai such as Al Tamimi or Hadef Al Dhahiri.

Yours faithfully

Jane Clayton

DUB-#268841-v1

**Confidentiality notice**
This fax is confidential and may also be privileged. If you are not the intended recipient please notify the sender immediately; you should not copy the fax or use it for any purpose or disclose its contents to any other person.

Norton Rose (Middle East) LLP is a limited liability partnership registered in England and Wales with number OC316738. Its registered office is at 3 More London Riverside, London, SE1 2AQ. Any reference to a partner means a member of Norton Rose LLP or a consultant or employee of Norton Rose LLP or one of its affiliates with equivalent standing and qualifications.

Norton Rose (Middle East) LLP is a constituent part of Norton Rose Group, an international legal practice comprising Norton Rose LLP and its affiliates, with offices in Amsterdam, Athens, Bahrain, Bangkok, Beijing, Brussels, Dubai, Frankfurt, Hong Kong, Jakarta*, London, Milan, Moscow, Munich, Paris, Piraeus, Prague, Rome, Shanghai, Singapore, Warsaw. *Associate office

000885

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

———————————

**MYRIAM K. LEGGE**

OF COUNSEL

March 24, 2008

Mr. Sean L. Angle                                   *Via Facsimile No. 011-971-4-365-0120*
Reed Smith Richards Butler, LLP
5th Floor, Building 10 Gate Village
P.O. Box 506548
Dubai, United Arab Emirates

Re:  Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
*H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
*Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin*
*Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al*
*Nahyan*; In the United States Court for the Southern District of Texas, Houston
Division

Dear Mr. Sean L. Angle:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green                          *Via Facsimile No. (713) 654-2155*

000893

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        March 24, 2008

To:          Mr. Sean Angle
Fax:         (011) 971-4-365-0120

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

---

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                    TIME  : 03/24/2008 16:50
                                    NAME  : THE KLEIN LAW FIRM
                                    FAX   : 7132271121
                                    TEL   : 7136501111
                                    SER.#.: BROF6J482820
```

```
DATE,TIME              03/24  16:50
FAX NO./NAME           01197143650120
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       March 24, 2008

To:         Mr. Sean Angle
Fax:        (011) 971-4-365-0120

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT   │
└─────────────────────────────────────┘

                        TIME : 03/25/2008 09:13
                        NAME : THE KLEIN LAW FIRM
                        FAX  : 7132271121
                        TEL  : 7136501111
                        SER.# : BROF6J482820
```

```
DATE,TIME              03/25  09:13
FAX NO./NAME           01197143650120
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        March 24, 2008

To:          Mr. Sean Angle
Fax:         (011) 971-4-365-0120

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan;* In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

000896

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**
_____

**MYRIAM K. LEGGE**
OF COUNSEL

March 25, 2008

Mr. Vincent R. Gordon
Reed Smith Richards Butler, LLP
Golden Falcon Tower, 19th Floor
Hamdan Street
P.O. Box 46904
Abu Dhabi, United Arab Emirates

_**Via Facsimile 011-971-2-622-2625**_

> Re:    Civil Action No. 4:06-CV-2683; _Bassam Nabulsi, and his wife, Rima Nabulsi vs._
> _H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al_
> _Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, H.H. Sheikh Mohammed Bin_
> _Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al_
> _Nahyan_; In the United States Court for the Southern District of Texas, Houston
> Division

Dear Mr. Vincent Gordon:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green

_**Via Facsimile No. (713) 654-2155**_

000950

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       March 25, 2008

To:         Mr. Vincent R. Gordon
Fax:        (011) 971-2-622-2625

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

---

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

---

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

000951

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
```

```
                              TIME  : 03/25/2008 11:41
                              NAME  : THE KLEIN LAW FIRM
                              FAX   : 7132271121
                              TEL   : 7136501111
                              SER.# : BROF6J482820
```

```
┌──────────────────────────────────────────────────────────┐
│   DATE,TIME            03/25  11:40                        │
│   FAX NO./NAME         01197126222625                      │
│   DURATION             00:00:30                            │
│   PAGE(S)              02                                  │
│   RESULT               OK                                  │
│   MODE                 STANDARD                            │
│                        ECM                                 │
└──────────────────────────────────────────────────────────┘
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       March 25, 2008

To:         Mr. Vincent R. Gordon
Fax:        (011) 971-2-622-2625

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

000952

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**
—————————
**MYRIAM K. LEGGE**
OF COUNSEL

February 12, 2008

Dr. Khaled El-Shalakany
Shalakany Law Office
API World Tower, Suite 204
P.O. Box 22880
Dubai, United Arab Emirates

*Via Facsimile 011-971-4-332-7870*

Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Dr. Khaled El-Shalakany:

I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas. Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan. Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:    Mr. Robert D. Green

*Via Hand Delivery*

000899

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Dr. Khaled El-Shalakany

Fax:         (011) 971-4-332-7870

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Sender:      J. Todd Trombley

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL
PAM AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

```
+------------------------------------------+
|  TRANSMISSION VERIFICATION REPORT        |
+------------------------------------------+
```

```
                          TIME  : 02/12/2008 17:31
                          NAME  : THE KLEIN LAW FIRM
                          FAX   : 7132271121
                          TEL   : 7136501111
                          SER.# : BROF6J482820
```

```
+--------------------------------------------------------------------+
|  DATE,TIME                      02/12  17:31                        |
|  FAX NO./NAME                   01197143327870                      |
|  DURATION                       00:00:44                            |
|  PAGE(S)                        02                                  |
|  RESULT                         OK                                  |
|  MODE                           STANDARD                            |
+--------------------------------------------------------------------+
```

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Dr. Khaled El-Shalakany

Fax:         (011) 971-4-332-7870

Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.
             H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al
             Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The
             Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

000901

UNILEVER LEGAL DEPT.    Fax:+971-4-3325518        Feb 26 2008 14:48      P.02



# SHALAKANY LAW OFFICE
## LEGAL ADVISERS

**Dubai Office**
API World Tower - Sheikh Zayed Road
P.O. Box 22880 - Dubai UAE
Tel: (9714) 3327879
Fax: (9714) 3327870
email: mail@shalakany.ae

**Cairo Correspondent Office**
12, Marashly St., Zamalek 11211
Cairo - Egypt
Tel: (202) 7368691 - 7590399
Fax: (202) 7370061
email: mail@shalakany.com

**Alexandria Correspondent Office**
10 Kollini 19 Teb St., Shatwet El Raml
Alexandria - Egypt
Tel: (203) 4847851
Fax: (203) 4847851
email: alexandriaoffice@shalakany.com

www.shalakany.com

Our Ref.:   KL080226                          Date: February 26, 2008

Mr. J. Todd Trombley
The Klein Law Firm
2000 The Lyric Centre
44 Louisiana
Houston TExas 77002
Fax: 001 713 227 1121

### *BY FAX*

Re: Civil Action No. 4:06-CV-2683; Basam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahya, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of the The Royal Family Bin Zayed Al nahyan; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Trombley,

Thank you for your fax dated February 12, 2008 addressed to Dr. Khaled El Shalakany in respect of Civil Action No. 4:06-CV-2683. Regretfully, we will not be in a position to assist in effectuating service of process on the defendants in the said case because our license, being a foreign firm, is limited to consultancy services. Therefore, our firm is not licensed to undertake any formal court proceedings or service of process.

We thank you for your interest in Shalakany Law Office.

Sincerely yours,

Yasser Omar

UNILEVER LEGAL DEPT.　　Fax:+971-4-3325518　　　Feb 26 2008 14:48　　P.01

**SHALAKANY LAW OFFICE**
LEGAL ADVISERS

| Dubai Office | Cairo Correspondent Office | Alexandria Correspondent Office |
|---|---|---|
| AIM World Tower–Sheikh Zayed Road | 12, Marashli St., Zamalek 11211 | 8 Kelliat El Teb St., Mahatat El Raml |
| P.O.Box 22880 , Dubai UAE | Cairo - Egypt | Alexandria - Egypt |
| Tel: (9714) 3327879 | Tel: (202) 7288388 - 7399399 | Tel: (203) 4847831 |
| Fax: (9714) 3327870 | Fax: (202) 7370861 | Fax: (203) 4847831 |
| email: mail@shalakany.ae | email: mail@shalakany.com | email: alexandriaoffice@shalakany.com |

w w w . s h a l a k a n y . c o m

RECEIVED
FEB 2 6 2008

**Our Ref.: Kl.080226**
*(Please use this reference in replying)*

Date: February 26, 2008

## Facsimile Cover Sheet

| | | | | |
|---|---|---|---|---|
| **To:** | Mr. J. Todd Trombley | | **From:** | Yasser Omar |
| **Company:** | THE KLEIN LAW FIRM | | **Firm:** | Shalakany Law Office |
| | | | | |
| **Phone:** | + 713 650 1111 | | **Phone:** | (9714) 3327879 |
| **Fax:** | + 713 227 1121 | | **Fax:** | (9714) 3327870 |
| **Re:** | Civil Action No. 4:06-CV-2683; Bassam | | ☐ This sheet only | ☑ This sheet plus page(s) 1 |
| | Nabulsi and his wife, Rima Nabulsi vs. | | ☐ Urgent ☐ For review ☐ Please comment ☐ Please reply |
| | H.H. Sheikh Issa Bin Zayed Al Nahyan, | | | |
| | H.H. Sheikh Saif Bin Zayed Al Nahyan, and | | | |
| | The Partnership of The Royal Family Bin | | | |
| | Zayed Al Nahyan; In the United States | | | |
| | Court for the Southern District of Texas, | | | |
| | Houston Division. | | | |

(**) The documents accompanying this telecopy transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. Please notify us by telephone immediately so that we can arrange for their return at no cost to you.

IF YOU HAVE ANY PROBLEMS RECEIVING THIS FAX, PLEASE CALL (9714) 3327879

000898

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**
_____
**MYRIAM K. LEGGE**
OF COUNSEL

February 12, 2008

Mr. Robert Leigh
Simmons & Simmons
Level 7, The Gate Village, Building 10
Dubai International Financial Centre
P.O. Box 506688
Dubai, United Arab Emirates

*__Via Facsimile 011-971-4-709-6601__*

    Re:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs. H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan, and The Partnership of The Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern District of Texas, Houston Division

Dear Mr. Robert Lee:

    I am writing to inquire about retaining the services of your Firm to effectuate service of process on several individual defendants in the above-referenced lawsuit pending in federal district court in Houston, Texas.  Specifically, we need to effectuate service on the following individual defendants: H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al Nahyan, and H.H. Sheikh Saif Bin Zayed Al Nahyan.  Please let me know whether your firm has any potential conflicts that would prevent you from effectuating service on these individual defendants.

    Please feel free to contact me via e-mail at todd@thekleinlawfirm.com or by the contact information provided on our letterhead at your earliest opportunity.

    Thank you for your attention to this matter.

Yours very truly,

J. Todd Trombley

JTT:jsl

cc:   Mr. Robert D. Green

*__Via Hand Delivery__*

000903

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:        February 12, 2008

To:          Mr. Robert Leigh
Fax:         (011) 971-4-709-6601


Subject:     Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
             *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
             *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan,, and The Partnership of The*
             *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
             District of Texas, Houston Division

Sender:      J. Todd Trombley

---

YOU SHOULD RECEIVE **2** PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL
**PAM** AT (713) 650-1111

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information which is legally privileged.
The information is intended only for the use of the recipient named above. If you have received this telecopy in error,
please immediately notify us by telephone to arrange for return of the telecopied documents to us, and you are hereby
notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this
telecopied information is strictly prohibited.

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 02/12/2008 17:28
                                    NAME  : THE KLEIN LAW FIRM
                                    FAX   : 7132271121
                                    TEL   : 7136501111
                                    SER.# : BROF6J482820
```

```
    DATE,TIME              02/12  17:28
    FAX NO./NAME           01197147096601
    DURATION               00:00:00
    PAGE(S)                00
    RESULT                 BUSY
    MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

# THE KLEIN LAW FIRM

2000 THE LYRIC CENTRE
440 LOUISIANA
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

## FAX TRANSMISSION COVER SHEET

Date:       February 12, 2008

To:         Mr. Robert Leigh
Fax:        (011) 971-4-709-6601

Subject:    Civil Action No. 4:06-CV-2683; *Bassam Nabulsi, and his wife, Rima Nabulsi vs.*
            *H.H. Sheikh Issa Bin Zayed Al Nahyan, H.H. Sheikh Nasser Bin Zayed Al*
            *Nahyan, H.H. Sheikh Saif Bin Zayed Al Nahyan,, and The Partnership of The*
            *Royal Family Bin Zayed al Nahyan*; In the United States Court for the Southern
            District of Texas, Houston Division

Sender:     J. Todd Trombley

000905