# EXHIBIT A-1



4020 Holcombe, Suite 1302
Houston, Texas 77020

| To: | Al-Al-Shahrani | From: | Bassam Nabulsi | | |
|---|---|---|---|---|---|
| Fax: | | Pages: | X  2 | | |
| Phone: | | Date: | 11/05/97 | | |
| Fax: | | CC: | | | |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

* Comments

|  | Cost | Sale. |
|---|---|---|
| 12 station | 3600 | 9000 |
| Treadmills | 4395 | 10987 |
| Bikes. | 1795 | 4487. |
| Olympic Rooms. | 125 | 313 |
| Power weights | 200 | 500 |
| Fw 78 | 280 | 700 |
| P-120 | 1000 | 2500 |
| P-125 | 1150 | 2875 |
| P-111 | 1150 | 2875 |
| P 139 | 1250 | 3125 |
| P 117 | 1150 | 2875 |

$5000 Container $1200 delivery. 4% Tax
on selling price.



001166



1020 Holcombe, Suite 1302
Houston, Texas 77030

# Fax

| To: | Domenique | From: | Bassam Nabulsi |
|---|---|---|---|
| Fax: | | Pages: | 1 |
| Phone: | | Date: | 11/05/97 |
| Re: | Prices | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

## ● Comments

| | | | | |
|---|---|---|---|---|
| 1 | 12 stations | 5100 | 12750. | 46792 |
| 2 | Treadmills 8700's | 4395 | 10897. | 40324 |
| 3 | Bikes 2100 series | 1795 | 481. | |
| 1 | Olympic Bars & Holder | (649+125)774 | 354. | 2536. |
| 1 | Power Weight Rack with Weights FW-79 | 395 | 691 | |
| 1 | FW-85 TK | 350 | 525 | 192 |
| 1 | FW-78 | 395 | 694. | 9600. |
| 1 | P-120 | 1495 | 2646. | 10886 |
| 1 | P-125 | 1695 | 2966 | 10886. |
| 1 | P-111 | 1695 | | 12170 |
| 1 | P-139 | 1895 | 3316 | 10886 |
| 1 | P-117 | 1695 | | |

6695.

9565

26744
66279.   17885    41905    165012



1020 Holcombe blvd., Suite 1302
Houston, TX 77030
Phone (713) 795-4554 . Fax (713) 795-0990



| To: | Ali M. Gazah | From: | Bassam M. Nabulsi |
|---|---|---|---|
| Fax: | 971-3-668-111 | Pages: | 2 |
| Phone: | 971-3-668-989 | Date: | 10/8/97 |
| Re: | Proposal For Gym | CC: | |

☐ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments

Gentlemen,

Included with this fax is a proposal for Gym equipment.  This equipment is made by ProMaxima which is American made and widely used in Houston's gyms and the surrounding area.  As you can see our prices are lower  then other brands for simple reason we are the dealers for this products so there is no middle men .  Also the PARAMOUNT product is good but it is made with chrome.  Chrome is more expensive, but after one year you will start noticing problems such as rust, and chipping which in order to fix you will have to dis-assemble the gym and send it for repair.  ProMaxima is made with metal and covered with powder-coated paint in case of rust or any damage all you have to do is apply touch up paint. Also you have a choice of color (Black/White), Also the upholstery you can have any color you wish.

Please notice that ProMaxima Gym is 12 station.  The Club Treadmill is the same quality in both proposals, Because when you have a machine to be used in a commercial establishment you can not go with machine that is not made for commercial use.



Bassam M. Nabulsi



**Gulf Medical Service**
1020 Holcombe Blvd., Suite 430
Houston, Texas 77090-2213

Tel. (713) 795-4554
Fax (713) 795-0090
e-mail Gulf.Med@InternetMCI.com



### Quotation For Fitness Equipments
(All the equipments will be palitized and shipped in containers)

## Proposal "A"

| Qty. | Description | Price/Unit | Total |
|---|---|---|---|
| 1 | ProMaxima P130 Multy Gym (12 Station) | 47668.10 | 47668.10 |
| 2 | Landice 8700 Club Treadmills (220v) | 34550.00 | 69100.00 |
| 1 | Bodyguard Exec. LS Stepper with (220 v) converter | 14275.65 | 14275.65 |
| 1 | Diamondback 2100 U Exercise Bike (Self Powered) | 9921.25 | 9921.25 |
| 1 | Reboc Body Trec. Cross Trainer | 24227.50 | 24227.50 |
| 1 | FW 12 Flat / Incline Bench | 2350.75 | 2350.75 |
| 1 | FW 85 TK Abdominal Crunch | 2750.75 | 2750.75 |
| 1 | FW 15 Dumbell Rack with Saddles | 2155.75 | 2155.75 |
| 1 | Set Chrome Dumbells (5lb Thru 50lb) in 5lb. Increments | 6550.25 | 6550.25 |
| | Alternate (Pro Welded Bumbells) Additional 2921.00 | | |
| | **Proposal "A"  Total** | | **179000.00** |

## Proposal "B"

| Qty. | Description | Price/Unit | Total |
|---|---|---|---|
| 1 | P107-A HI Lat / Low Row | 9000.85 | 9000.85 |
| 1 | P105 Shoulder Press | 8790.50 | 8790.50 |
| 1 | P136 Inner / Outer Thigh Machine | 9616.85 | 9616.85 |
| 1 | P103 Pectoral Butterfly | 9616.85 | 9616.85 |
| 1 | P120 Bicep Curl | 9790.50 | 9790.50 |
| 1 | P127 Tricep Extension | 9790.50 | 9790.50 |
| 1 | P146 Abdominal / Back Combination | 9616.85 | 9616.85 |
| 1 | P115 Leg Ext / Curl Combination | 9790.50 | 9790.50 |
| 1 | P109 Seated Leg Press | 9790.50 | 9790.50 |
| 2 | Landice 8700 Club Treadmills (220v) | 34550.00 | 69100.00 |
| 1 | Bodyguard Exec. LS Stepper with (220v) converter | 14275.65 | 14275.65 |
| 1 | Diamondback 2100 U Exercise Bike (Self Powered) | 9921.25 | 9921.25 |
| 1 | Set Chrome Dumbells (5lb Thru 50lb) in 5lb Increments | 6550.20 | 6550.20 |
| | Alternate (Pro Welded Bumbells) Additional 2921.00 | | |
| | **Proposal "B"  Total** | | **185651.00** |

001169



**ProMaxima**
Manufacturing
5825 Ashbrook, Houston, Texas 77081 • (713) 667-9605 • 1 (800) 231-6652 • FAX (713) 667-0941

## FACSIMILE TRANSMISSION

TO: *Bassam*                         DATE: *11-5-97*

COMPANY: *G.M.S. Inc.*               FAX NO: _____

FROM: *Domenic*                      PHONE: _____

NUMBER OF PAGES (INCLUDING COVER) *2*

NOTES: *Here are the price break
down you requested.
This is based on the container
being loaded at our location
here at premium. dropped off
and picked up by shipper.*

*PS. terminate requests with
stop feelings for you    Respectfully
obs.                                   Dome ???.*



**Gulf Medical Service**
1020 Holcombe Blvd., Suite 430
Houston, Texas 77030-2213

Tel. (713) 795-4554
Fax (713) 795-0990
e-mail Gulf.Med@InternetMCI.com



Client: HH Sheikh Issa Bin Zayed Al-Nahyan

| Quantity | Serial # | Description | Price/Unit | Total Price |
|---|---|---|---|---|
| 1 | P-130 | Pro-Trainer, Multi-Gym (12 Stations) | 46792.00 | 46792.00 |
| 2 | 8700 PT2 | 3 HP, Cont., 220 Volt, commercial | 40324.00 | 80648.00 |
| 3 | 2100R | Self-Powered, Program-Recumbent | 16469.00 | 49407.00 |
| 1 | | Olympic Bars & Holder | 4971.00 | 4971.00 |
| 1 | FW-79 | Power Weight Rack with Weights | 2536.00 | 2536.00 |
| 1 | FW-85 | Abdominal Crunch | 1927.00 | 1927.00 |
| 1 | FW-78 | Hyperextension Bench | 2536.00 | 2536.00 |
| 1 | P-120 | Bicep Arm Curl | 9600.00 | 9600.00 |
| 1 | P-125 | Flat Bench Press | 10886.00 | 10886.00 |
| 1 | P-111 | Hump Leg Curl W/Rom | 10886.00 | 10886.00 |
| 1 | P-139 | Rotary Torso W/Rom | 12170.00 | 12170.00 |
| 1 | P-117 | Hack Squat W/Linear Bearing | 10886.00 | 10886.00 |

Total Price (U.A.E. Derham)                     243245.00

001171

**ProMaxima**
**5325 Ashbrook**
**Houston, Texas 77081**

Client:  HH Sheikh Issa Bin Zayed Al-Nahyan

| Quantity | Serial # | Description | Price/Unit | Total Price |
|---|---|---|---|---|
| 1 | P-130 | Pro-Trainer, Multi-Gym (12 Stations) | 46792.00 | 46792.00 |
| 2 | 8700 PT2 | 3 HP, Cont., 220 Volt, commercial | 40324.00 | 80648.00 |
| 3 | 2100R | Self-Powered, Program-Recumbent | 16469.00 | 49407.00 |
| 1 | | Olympic Bars & Holder | 4971.00 | 4971.00 |
| 1 | FW-79 | Power Weight Rack with Weights | 2536.00 | 2536.00 |
| 1 | FW-85 | Abdominal Crunch | 1927.00 | 1927.00 |
| 1 | FW-78 | Hyperextension Bench | 2536.00 | 2536.00 |
| 1 | P-120 | Bicep Arm Curl | 9600.00 | 9600.00 |
| 1 | P-125 | Flat Bench Press | 10886.00 | 10886.00 |
| 1 | P-111 | Hump Leg Curl W/Rom | 10886.00 | 10886.00 |
| 1 | P-139 | Rotary Torso W/Rom | 12170.00 | 12170.00 |
| 1 | P-117 | Hack Squat W/Linear Bearing | 10886.00 | 10886.00 |

Total Price (U.A.E. Derham)        243245.00

001172



## ProMaxima

Manufacturing

5325 Ashbrook, Houston, Texas 77081 • (713) 667-9606 • 1 (800) 231-6652 • FAX (713) 667-9941

### FACSIMILE TRANSMISSION

TO: *BALSAMe*                       DATE *10-7-97*

COMPANY: _____               FAX NO: *7:83 - 7888*

FROM: *Domenic*                     PHONE: _____

NUMBER OF PAGES (INCLUDING COVER) *3*

NOTES: *Proposal A will Fit in 1-20ft*
*Container if Packed proper ly*

*Proposal 8 will take 2-20ft*
*Containers.*

*THANK You*
*Domenic*



### ProMaxima
#### Manufacturing

5325 Ashbrook, Houston, Texas 77081 • (713) 667-9606 • 1 (800) 231-6662 • FAX (713) 667-9941

BALSAME; PRICE QUOTES AS REQUESTED          PROPOSAL / A.                    10-7-97

PH. 302-7156, FAX. 783-7088

| | |
|---|---|
| 1 PROMAXIMA P130 MULTI GYM ( 12 STATION) | 5,100.00 |
| 2 LANDICE 8700 CLUB TREADMILLS (220 V) @ 3,295.00 | 6,590.00 |
| 1 BODYGUARD EXEC. LS STEPPER W/ (220 V) CONVERTER | 2,295.00 |
| 1 DIAMONDBACK 2100 U EXERCISE BIKE (SELF POWERED) | 1,595.00 |
| 1 REBOC BODY TREC CROSS TRAINER | 3,895.00 |
| 1 FW12 FLAT / INCLINE BENCH | 155.00 |
| 1 FW85 TK AB CRUNCH | 195.00 |
| 1 FW15 DUMBBELL RACK W/ SADDLES | 250.00 |
| 1 SET CHROME DUMBBELLS (5lb THRU 50lb) IN 5lb INC. | 1,650.00 |
| ALTERNATE (PRO WELDED DUMBBELLS) | (467.50) |
| PUT ON PALATS AND DELIVER TO HOUSTON CONTAINER CO. | 500.00 |
| TOTAL | 22,225.00 |

SINCERELY

DOMENIC CATALANO

001174



### PROMaxima
Manufacturing

8325 Ashbrook, Houston, Texas 77081 • (713) 667-9606 • 1 (800) 231-6652 • FAX (713) 667-9941

| | |
|---|---|
| BALSAME; PRICE QUOTES AS REQUESTED    PROPOSAL / B. | 10-7-97 |
| PH. 302-7156, FAX. 783-7888 | |
| 1 P107-A HI LAT / LOW ROW | 795.99 |
| 1 P105 SHOULDER PRESS | 1,295.00 |
| 1 P136 INNER / OUTER THIGH MACHINE | 1,296.75 |
| 1 P103 PECTORAL BUTTERFLY | 995.00 |
| 1 P120 BICEP CURL | 1,295.00 |
| 1 P127 TRICEP EXTENSION | 1,395.00 |
| 1 P146 AB / BACK COMBO | 1,296.75 |
| 1 P115 LEG EXT / CURL COMBO | 1,395.00 |
| 1 P109 SEATED LEG PRESS | 1,295.00 |
| 2 LANDICE 8700 CLUB TREADMILLS (220 V) @ 3,395.00 | 6,590.00 |
| 1 BODYGUARD EXEC. LS STEPPER W/ (220 V) CONVERTER | 2,295.00 |
| 1 DIAMONDBACK 2100 U EXERCISE BIKE (SELF POWERED) | 1,595.00 |
| 1 REBOC BODY TREC CROSS TRAINER | 3,895.00 |
| 1 FW12 FLAT / INCLINE BENCH | 155.00 |
| 1 FW85 TK AB CRUNCH | 195.00 |
| 1 FW15 DUMBBELL RACK W/ SADDLES | 250.00 |
| 1 SET CHROME DUMBBELLS (5lb THRU 50lb) IN 5lb INC. | 1,650.00 |
| ALTERNATE (PRO WELDED DUMBBELLS) | (467.50) |
| PUT ON PALATS AND DELIVER TO HOUSTON CONTAINER CO. | 500.00 |
| TOTAL | 27,983.50 |

SINCERELY

DOMENIC CATALANO



Altus DOMANIC

001177





001178



**Pro Maxima**
Manufacturing
**5325 Ashford**
**Houston, Texas 77081**

Client:  HH Sheikh Issa Bin Zayed Al-Nahyan

| Quantity | Serial # | Description | Price/Unit | Total Price |
|---|---|---|---|---|
| 1 | P-130 | Pro-Trainer, Multi-Gym (12 Stations) | 33030.00 | 33030.00 |
| 2 | 8700 PT2 | 3 HP, Cont., 220 Volt, commercial | 40324.00 | 80648.00 |
| 3 | 2100R | Self-Powered, Program-Recumbent | 16469.00 | 49407.00 |
| 1 | | Olympic Bars & Holder | 1150.00 | 1150.00 |
| 1 | FW-79 | Power Weight Rack with Weights | 1835.00 | 1835.00 |
| 1 | FW-85 | Abdominal Crunch | 1927.00 | 1927.00 |
| 1 | FW-78 | Hyperextension Bench | 2536.00 | 2536.00 |
| 1 | P-120 | Bicep Arm Curl | 9175.00 | 9175.00 |
| 1 | P-125 | Flat Bench Press | 10550.00 | 10550.00 |
| 1 | P-111 | Hump Leg Curl W/Rom | 10550.00 | 10550.00 |
| 1 | P-139 | Rotary Torso W/Rom | 11468.00 | 11468.00 |
| 1 | P-117 | Hack Squat W/Linear Bearing | 10550.00 | 10550.00 |

Total Price (U.A.E. Derham)          222826.00

PROMAXIMA    JANUARY 1996

| SERIES | DESCRIPTION | PRICE |
|---|---|---|
| | PULLOVER TORSO | $1,850.00 |
| P101 | VERTICAL CHEST PRESS | 1,695.00 |
| P102 | PECTORAL BUTTERFLY W/ROM | 1,595.00 |
| P103 | IRON CROSS | 1,495.00 |
| P104 | SHOULDER PRESS | 1,695.00 |
| P105 | REAR DELT & PECTORAL CONTRACTOR | 1,495.00 |
| P106 | HIGH LAT | 1,295.00 |
| P107A | DUAL HIGH LAT/LOW ROW | 2,195.00 |
| P107B | SEATED LEG PRESS | 1,995.00 |
| P109 | HUMP LEG CURL W/ROM | 1,695.00 |
| P111 | INNER THIGH | 1,695.00 |
| P112 | STANDING CALF | 1,695.00 |
| P113 | GLUTE/HAM DEVELOPER W/ROM | 1,595.00 |
| P114 | THIGH EXTENSIONS/LEG CURL COMBO W/ROM | 1,995.00 |
| P115 | OUTER THIGH W/ROM | 1,695.00 |
| P116 | HACK SQUAT W/LINEAR BEARING | 1,695.00 |
| P117 | INVERTED LEG PRESS W/LINEAR BEARING | 1,695.00 |
| P118 | STANDING LEG CURL | 1,295.00 |
| P119 | BICEP ARM CURL | 1,495.00 |
| P120 | BIG ABDOMINAL CRUNCH | 2,195.00 |
| P121 | CABLE CROSSOVER W/WEIGHTS | 2,195.00 |
| P122A | CABLE CROSSOVER W/O WEIGHTS | 1,695.00 |
| P122B | MAXIMUS MULTI-GYM | 5,995.00 |
| P123A | MINI MAX MULTI-GYM | 2,995.00 |
| P123B | MULTI QUAD PULLEY TRICEP STATION | 2,695.00 |
| P124 | FLAT BENCH PRESS | 1,695.00 |
| P125 | LATERAL SHOULDER RAISE | 1,695.00 |
| P126 | TRICEP EXTENSION | 1,495.00 |
| P127 | LOW BACK W/ROM | 1,695.00 |
| P128 | NEW VERTICAL LOW ROW | 1,295.00 |
| P129 | PRO TRAINER, 5-STATION, 12 EXERCISE | |
| P130 | W/LEG PRESS | 5,495.00 |
| | SEATED LEG CURL W/ROM | 1,695.00 |
| P131 | ABDOMINAL CRUNCH W/ROM | 1,695.00 |
| P132 | SEATED CALF | 1,295.00 |
| P133 | OLY SMITH MACHINE | 1,295.00 |
| P134A | OLY SMITH MACHINE W/COUNTER BALANCE | 1,695.00 |
| P134B | QUAD PULLEY | 1,695.00 |
| P135 | COMBO INNER/OUTER THIGH W/ROM | 1,995.00 |
| P136 | 45% CALF MACHINE | 1,495.00 |
| P137 | INCLINE CHEST PRESS | 1,695.00 |
| P138 | ROTARY TORSO W/ROM | 1,895.00 |
| P139 | HORIZONTAL LEG PRESS W/ROM | 2,895.00 |
| P140 | 8-WAY NECK MACHINE W/ROM | 1,295.00 |
| P141 | WEIGHT ASSISTED DIP & CHIN-UP STATION | 2,195.00 |
| P142 | MULTI HIP W/ROM | 1,695.00 |
| P143 | SEATED T BAR ROW | 1,695.00 |
| P144 | COMPACT LEG EXT W/ROM | 1,695.00 |
| P145 | ABDOMINAL & BACK COMBO W/ROM | 1,996.00 |
| P146 | ROTO CUFF W/ROM | 1,295.00 |
| P147 | SEATED TRICEP DIP PRESS DOWN | 1,695.00 |
| P148 | DONKEY CALF MACHINE | 1,495.00 |
| P149 | STANDING TRICEP EXTENSION | 1,495.00 |
| P150 | SEATED LEG EXT/CURL COMBO | 1,995.00 |
| P151 | ROTARY NECK W/ROM | 1,695.00 |
| P152 | SINGLE CABLE COLUMN | 1,495.00 |
| P153 | | |

001180

PROMAXIMA MISCELLANEOUS PRICE LIST
1996

| | |
|---|---|
| 5 FOOT OLYMPIC BAR | $89.00 |
| POWER LIFTING BELT | 45.00 |
| PRO WELDED DUMBBELLS | .90 PER LB |
| CHROME DUMBBELLS | 3.00 |
| LARGE HIP SLED WHEELS | 14.50 |
| SMALL HIP SLED WHEELS | 6.50 |
| RUBBER BALL STOPS | 2.50 |
| SADDLES FOR DUMBBELL RACKS | 3.50 |
| SNAP HOOKS | 3.00 |
| FOAM ROLLER 7" | 8.00 |
| FOAM ROLLER 16" | 16.00 |
| LEATHER WEIGHT BELTS XXL | 18.00 |
| LEATHER WEIGHT BELTS 6" WIDE RACK | 18.00 |
| NYLON PULLEYS 4 1/2" | 16.00 |
| 2 1/2 LB RUBBER ADD ON WEIGHTS | 12.00 |
| 5 LB RUBBER ADD ON WEIGHTS | 18.00 |
| SPIN LOCK COLLARS | 25.00 PAIR |
| FRONT SQUAT SHOULDER HARNESS | 85.00 PAIR |
| PLASTIC 1" COLLARS | 6.00 PAIR |
| LEATHER WEIGHT LIFTING GLOVES | 10.00 |
| LEATHER ANKLE STRAP | 24.95 |
| HIGH TECH WEIGHT BELT | 24.95 |
| LEATHER DIP BELT | 32.00 |
| LEATHER WEIGHT BELT | 9.95 |
| LEATHER NECK HARNESS | 36.00 |
| OLYMPIC TRICEP BAR | 55.00 |
| PRO LAT BAR | 34.00 |
| REVOLVING CURL BAR | 28.00 |
| REVOLVING STRAIGHT BAR | 22.00 |
| TRICEP PRESS DOWN BAR | 18.00 |
| MULTI EXERCISE BAR | 32.00 |
| REPLACEMENT CABLES | 28.00 |
| SINGLE GRIP CABLE HANDLE | 18.00 |
| KNEE WRAPS | 8.50 |
| DEAD LIFT STRAPS | 6.00 |
| RUBBER GRIP HANDLE | 1.00 |
| SELECTOR KEY (UNIVERSAL) | 5.50 |
| REVOLVING SINGLE GRIP HANDLE | 10.00 |
| ALL PURPOSE SELECTOR KEY | 5.00 |
| TRICEP ROPE PULL DOWN | 29.00 |
| SQUAT PAD | 12.00 |
| WRIST WRAPS | 6.50 |
| STANDARD CLIP WEIGHT COLLARS | 5.50 |
| OLYMPIC CLIP WEIGHT COLLARS | 8.00 |
| BALL BEARING REPLACEMENT PULLEY WHEELS | 16.00 |

## FREE WEIGHT EQUIPMENT CON'T

| MODEL NO. | DESCRIPTION | PRICE |
|---|---|---|
| FW51 | UPRIGHT PLATE HOLDER | 110.00 |
| FW52 | PEC DECK | 825.00 |
| FW53 | DEAD LIFT PLATFORM | 450.00 |
| FW54 | FLAT SIP UP BOARD | 295.00 |
| FW55 | HUMPED SIT UP BOARD | 350.00 |
| FW56 | FOUR BOARD SIT UP RACK | 295.00 |
| FW57 | DUMBBELL RACK | 250.00 |
| FW58 | THREE TIER DUMBBELL RACK | 425.00 |
| FW59 | BRUTUS BENCH | 695.00 |
| FW60 | ATTACKER | 2,195.00 |
| FW62 | CHIN UP STAND | 295.00 |
| FW63 | ECONO DUMBBELL RACK | 175.00 |
| FW64 | STEP UP BOX | 395.00 |
| FW65 | STANDING ARM CURL | 295.00 |
| FW66 | SHOULDER PRESS STOOL | 125.00 |
| FW67 | SHOULDER PRESS STOOL W/FOOT PLATE | 295.00 |
| FW68 | FOUR WAY ADJUSTABLE (DAX BENCH) | 395.00 |
| FW69 | STANDARD BARBELL RACK | 395.00 |
| FW70 | COMBO PLATE/BAR HOLDER | 130.00 |
| FW71 | HIP BAR | 180.00 |
| FW72 | ORIGINAL TRAP BAR | 180.00 |
| FW73 | ECONO SMITH MACHINE | 995.00 |
| FW74 | 36" WIDE POWER RACK | 395.00 |
| FW75 | COMPETITION INCLINE BENCH | 350.00 |
| FW76 | PLATE RACK | 110.00 |
| FW77 | WEIGHT BELT STAND | 225.00 |
| FW78 | HYPEREXTENSION BENCH | 395.00 |
| FW79 | MULTI LEVEL PLATE HOLDER | 395.00 |
| FW80 | CHALK BOX | 125.00 |
| FW81 | STANDING VERTICAL PRESS | 495.00 |
| FW82 | LATERAL FLY BOX | 259.00 |
| FW83 | POWER STATION (FREE WT. GYM) | 1,450.00 |
| FW84 | HYDRAULIC SQUAT JACKS | 750.00 |
| FW85 | T.K. AB CRUNCH | 300.00 |
| FW87 | DEADLIFT STAND | 125.00 |
| FW88 | POWERLIFT PLATFORM | 995.00 |
| FW89 | ADJUSTABLE LEG EXT. & CURL | 550.00 |
| FW90 | MEDICINE BALL RACK | 295.00 |

001182

PROMAXIMA JANUARY 1996

FREE WEIGHT EQUIPMENT LIST

| MODEL NO. | DESCRIPTION | PRICE |
|---|---|---|
| FW1 | FLAT INCLINE OLYMPIC BENCH | $ 349.00 |
| FW2 | VERTICAL LEG PRESS | 595.00 |
| FW3 | DECLINE BENCH PRESS | 349.00 |
| FW4 | HI LAT W/LOW ROW | 495.00 |
| FW5 | DIP STAND | 150.00 |
| FW6 | STANDING CALF | 425.00 |
| FW7 | ADJUSTABLE SQUAT STANDS | 150.00 |
| FW8 | OLYMPIC BENCH | 150.00 |
| FW9 | HIP AND LEG SLED | 1,295.00 |
| FW10 | SQUAT RACK | 325.00 |
| FW11 | SEATED CALF | 295.00 |
| FW12 | ADJUSTABLE WORK BENCH | 225.00 |
| FW13 | PLATE HOLDER | 70.00 |
| FW14 | EZ CURL BAR HOLDER | 125.00 |
| FW15 | HEAVY DUTY DUMBBELL RACK | 275.00 |
| FW16 | SHOULDER PRESS | 325.00 |
| FW17 | CHAIN DRIVE | 595.00 |
| FW18 | T BAR ROW | 395.00 |
| FW19 | DOUBLE DIP STAND | 225.00 |
| FW20 | INVERTED LEG PRESS | 995.00 |
| FW21 | STANDING T BAR ROW | 250.00 |
| FW22 | PREACHER CURL | 295.00 |
| FW23 | HIP FLEXION AND DIP STAND | 295.00 |
| FW24 | COMBO LEG & CURL W/ ADJUSTABLE BACK | 425.00 |
| FW25 | DUMBBELL INCLINE BENCH | 195.00 |
| FW26 | ROMAN CHAIR | 225.00 |
| FW27 | STANDING INCLINE BENCH | 295.00 |
| FW28 | POWER RACK W/BASE | 425.00 |
| FW28A | POWER RACK W/OUT BASE | 395.00 |
| FW29 | TWO BOARD SIT UP RACK | 150.00 |
| FW30 | DECLINE SIT UP BENCH | 295.00 |
| FW31 | LATERAL RAISE | 495.00 |
| FW32 | SMALL ABDOMINAL CRUNCH | 125.00 |
| FW33 | 4-WAY NECK MACHINE | 495.00 |
| FW34 | SISSY SQUAT BENCH | 250.00 |
| FW35 | FLAT BENCH | 95.00 |
| FW36 | SQUAT STOOL | 95.00 |
| FW37 | COMBO LEG EXT. AND CURL | 395.00 |
| FW38 | SQUAT MACHINE | 895.00 |
| FW39 | COMP. OLYMPIC BENCH | 225.00 |
| FW40 | ABDOMINAL-BACK COMBO | 395.00 |
| FW41 | WIDE DIP STAND | 195.00 |
| FW42 | LEG CURL | 495.00 |
| FW43 | LEG EXTENSION | 495.00 |
| FW44 | HEAVY BAG STAND | 595.00 |
| FW45 | INCLINE BENCH PRESS | 325.00 |
| FW46 | HIP RUNNER | 695.00 |
| FW47 | PLYOMETRIC BOXES | 495.00 |
| FW48 | OLYMPIC BAR HOLDER | 125.00 |
| FW49 | SKY HAWK | 1,295.00 |
| FW50 | HIP, DIP AND CHIN COMBO | 385.00 |



## Manufacturing

5325 Ashbrook, Houston, Texas 77081 • (713) 667-9606 • 1 (800) 231-6652 • FAX (713) 667-9941

# *WARRANTIES*

## AND SPECIFICATIONS

## THE BEST IN THE BUSINESS

ProMaxima has been manufacturing fitness equipment for over 30 years. Our equipment specifications meet or go far beyond what the industry standards call for. Listed below are some of our specifications for your approval:

## FRAMES AND WELDS (Lifetime)

All structural frames are made of 2" x 2" or 2" x 4" steel tubing 8 or 11 gauge thick.

## CAMS AND GUIDE RODS (5 Yrs.)

Solid steel chrome guide rods. Cams are precision flame-cut for exact variable resistance throughout complete range of motion.

## BUSHINGS - BEARINGS - PULLEYS (5 Yrs.)

Bearings are heavy duty industrial face mount or pillow block bearings. Pulley wheels are solid reinforced web fiberglass pulleys, with a double sealed self lubricant ball bearing.

## CABLES (2 Yrs.)

Cables are 1/4" thick 4400 lb. test military specification galvanized air craft cable. Finished with a nylon coating, easily replaceable.

## UPHOLSTERY (1 Yr.)

Upholstery is commercial grade naugahyde, which is mildew resistant. Pads have two types of high density foam for comfort and durability.



Manufacturing
5325 Ashbrook, Houston, Texas 77081 • (713) 667-9606 • 1 (800) 231-6652 • FAX (713) 667-9941

# *WARRANTIES*

## CARDIO VASCULAR

### DIAMONDBACK FITNESS HRT 1000 SERIES PRODUCTS

MAXIMUM USAGE FOR WARRANTY APPLICATION:
6 Hours/Day, 7 Days/Week, 52 Weeks/Year
Frame-Lifetime, 2 Years Parts, 1 Year Polar Heart Rate

### DIAMONDBACK FITNESS HRT 2100 FITNESS PRODUCTS

Lifetime Warranty against defects in workmanship and materials.
4 Years on Mechanical Parts and 3 Years on Electronics

### EXECUTIVE LS STAIR CLIMBERS

WARRANTY SPECIFICATIONS
Home Use, 3 Years Parts and Labor
Light Commercial, 2 Years Parts and Labor
Full Commercial, 1 Year Parts and Labor

### LANDICE 8700 TREADMILLS

3 Years Parts and 1 Year Labor

### SCHWINN

2 Years Parts

001185