# EXHIBIT F

09/02/2008 11:42 9415803864 ASAP PROCESS SERVICE PAGE 03/08

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court
RECEIVED
OCT - 3 2008
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Bassam Nabulsi, and his wife, Rima Nabulsi

SUBPOENA IN A CIVIL CASE

vs.

CASE NUMBER: H-06-02683
(Pending in the Southern District of Texas)

H.H. Sheikh Issa Bin Zayed Al Nahyan

TO: Custodian of Records for: Alamanda, LTD. (Oversea Alamanda)
3225 S. Macdill Avenue, Suite 268
Tampa, FL 33629-8171 (813) 837-5009

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The office of the custodian: 3225 S. Macdill Avenue, Suite 268 Tampa, FL 33629-8171 | Instanter |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all records, including but not limited to credit card vouchers, receipts, invoices, billing statements, contracts, correspondence, notes, memoranda, photographs and other written records and information in the possession of or subject to the control of the witness pertaining to H.H. Sheikh Issa bin Zayed al Nahyan, Gulf Medical Services.

| PLACE | DATE AND TIME |
|---|---|
| The office of the custodian: 3225 S. Macdill Avenue, Suite 268 Tampa, FL 33629-8171 | Instanter |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
Attorney for Plaintiff

DATE 9/29/08

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Anthony Buzbee
Buzbee Law Firm
1910 Ice & Cold Storage Bldg. 104 21st Street, Galveston, TX 77550 (409) 762-5393

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Order No. 02-5667-015

09-02-2008 11:41 LAW OFFICE BREZINA 8138730500 PAGE3

AO 88 (Rev. 12/91) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME)                  MANNER OF SERVICE

SERVED BY (PRINT NAME)                  TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
              DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel the production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clauses (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Bassam Nabulsi, and his wife, Rima Nabulsi

vs.                                                    CIVIL ACTION NO. H-06-02683

H.H. Sheikn Issa Bin Zayed Al Nahyan

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant by and through their attorney(s) of record: Alistair B. Dawson
To other party/parties by and through their attorney(s) of record:

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

Alamanda, LTD. (Oversea Alamanda)(Any & All Records)
3225 S. Macdill Avenue, Suite 268 Tampa, FL 33629-8171

before a Notary Public for   Merrill Legal Solutions  (713) 426-0400  Fax (713) 315-2158
                             315 Capitol, Suite 100, Houston, TX 77002

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

H.H. Sheikh Issa bin Zayed al Nahyan

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Anthony Buzbee
Buzbee Law Firm
1910 Ice & Cold Storage Bldg. 104 21st Street
Galveston, TX 77550
(409) 762-5393  Fax (409) 762-0538
Attorney for Plaintiff

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: August 29, 2008                                 by _Anthony Buzbee_

Order No. 02-5667-015

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice and written questions has been hand-delivered and/or mailed receipt requested, to the attorneys of record.

Dated: 8/29/08

Merrill Legal Solutions
315 Capitol,
Suite 100
Houston, TX 77002
(713) 426-0400 Fax (713) 315-2158

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Bassam Nabulsi, and his wife, Rima Nabulsi

vs.

CIVIL ACTION NO. H-06-02683

H.H. Sheikh Issa Bin Zayed Al Nahyan



## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: Alamanda, LTD. (Overseas Alamanda)
Records Pertaining To: H.H. Sheikh Issa bin Zayed al Nahyan
Type of Records: Any and all records, including but not limited to credit card vouchers, receipts, invoices, billing statements, contracts, correspondence, notes, memoranda, photographs and other written records and information in the possession of or subject to the control of the witness pertaining to H.H. Sheikh Issa bin Zayed al Nahyan, Gulf Medical Services

1. Please state your full name.
   Answer: _Randall C. Schaefer_

2. Please state by whom you are employed and the business address.
   Answer: _self employed_

3. What is the title of your position or job?
   Answer: _business consultant_

4. Are these memoranda, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?
   Answer: _No (business closed in 2006)_

5. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?
   Answer: _N/A_

6. Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations, mentioned in Question No. 4. Have you complied? If not, why?
   Answer:

Order No. 02-5667-015  _business closed; any records sent overseas (UAE) 2006_

7. Are the copies which you have handed to the Officer taking this deposition true and correct copies of such memoranda, reports, records, or data compilations.

Answer: ▰▰▰ N/A

Sent to UAE

8. Were such memoranda, reports, records, or data compilations kept in the regular course of business of this facility?

Answer: ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

9. Was it in the regular course of business of this facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record?

Answer: ▰▰▰ N/A

10. Were the entries on these records made at or shortly after the time of the transaction recorded?

Answer: ▰▰▰ N/A

11. Was the method of preparation of these records trustworthy?

Answer: ▰▰▰ N/A

▰▰▰▰▰▰ _[signature]_
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this 17 day of Sept, 2008.

▰▰▰▰▰▰▰ _[signature]_
NOTARY PUBLIC
My Commission Expires: 8/8/11

REGINA M. SIKO
Notary Public, State Of Florida
My Commission Expires Aug. 8, 2011
Commission No. DD 703508

Order No. 02-5667-015