# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

MICHAEL N. MILBY                                                                                    P.O. BOX 61010
CLERK                                                                                               HOUSTON, TX 77208

September 2, 2009

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

　　　　　　　　　　　IN RE:   Nabulsi et al v. Zayed Al Nahyan et al
　　　　　　　　　　　District Court Case No.:   4:06cv2683
　　　　　　　　　　　Circuit Court Case No.:   09-20458

Dear Mr. Fulbruge:

　　　Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains 34 volumes of the printed record on appeal.

- Copies of transcripts are enclosed.

- Copies of sealed documents 95, 96, 126 and 133 are enclosed.

- No state court records exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

Michael N. Milby, Clerk


　　　H Lerma
Deputy Clerk