IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASSAM NABULSI and His Wife, § <br> RIMA NABULSI, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> H.H. SHEIKH ISSA BIN ZAYED AL § <br> NAHYAN, et al., § <br> § <br> Defendants. § | CIVIL ACTION NO. H-06-2683 |

### ORDER

On June 17, 2009, Bassam Nabulsi and Rima Nabulsi filed Plaintiffs' Opposed Motion to Re-open Case (Docket Entry No. 151). Before the court could rule on the motion plaintiffs file a Notice of Appeal. Since the filing of a notice of appeal divests a district court of jurisdiction, the court, by letter dated August 18, 2009, informed plaintiffs that if they believed the court has jurisdiction to rule on the motion, they should provide the court a letter setting out the authorities supporting jurisdiction. Plaintiffs never responded to the court's inquiry regarding jurisdiction. Although the United States Court of Appeals for the Fifth Circuit has now affirmed this court's dismissal of this action for lack of jurisdiction, the Fifth Circuit did not remand the case to this court. Accordingly, the

court still lacks jurisdiction. Since plaintiffs have never provided the court with any authority showing that the court has jurisdiction over the pending motion, Plaintiffs' Opposed Motion to Re-open Case (Docket Entry No. 151) is **DISMISSED** for lack of jurisdiction.

    **SIGNED** at Houston, Texas, on this the 22nd day of July, 2010.

                                                      SIM LAKE
                                    UNITED STATES DISTRICT JUDGE